## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CARY HESTAD,

     Plaintiff,

vs.                             CASE NO.:  6:20-cv-118

LIBERTY MUTUAL INSURANCE COMPANY,
a foreign profit corporation

     Defendant.

_____/

### NOTICE OF REMOVAL

COMES NOW the Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter "Liberty Mutual"), by and through its undersigned attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this matter from the Circuit Court of the Eighteenth Judicial Circuit of Florida, in and for Brevard County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and in support thereof states as follows:

    **I.**      **The Procedural Requirements For Removal Have Been Satisfied**

Defendant has complied with the requirements of 28 U.S.C. § 1446 and Local Rule 4.02 in that:

    A.     Accompanying this Notice of Removal is composite Exhibit "A" that contains a copy of all process, pleadings and orders served upon Defendant, as required by 28 U.S.C. § 1446(a).  Additional pleadings, process and orders and other papers or exhibits of every kind, filed with the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, have been requested and will be filed upon receipt.

B.      This Notice of Removal is being filed within thirty (30) days after receipt of a pleading whereby this matter first became removable, as required by 28 U.S.C. § 1446(b).  The pleading triggering removal was the Complaint served upon Liberty Mutual on January 9, 2020.  *See* Notice of Service of Process, attached as part of Exhibit "A."

C.      Defendant has served upon Plaintiff this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

D.      Defendant will file with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

E.      A short and concise statement of the grounds for removal is set forth below.

## II.      Grounds For Removal

1.      Plaintiff, CARY HESTAD, commenced this action on December 30, 2019, in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, bearing case number 05-2019-060964.

2.      On January 9, 2020, Plaintiff served Defendant through its Registered Agent with a summons and a copy of the Complaint.  A copy of the summons served is included in Exhibit "A."

3.      Upon information and belief, Plaintiff is a citizen of the State of Florida. See Exhibit "B," proof of Plaintiff's citizenship.

4.      Defendant is a Massachusetts corporation with its principal place of business in Boston, Massachusetts, and was not at the time of the commencement of said action, or at any time thereafter, a citizen of the State of Florida for purposes of 28 U.S.C. §1332. See Exhibit "C," Defendant's citizenship documents.

5.      On the face of the Complaint, Plaintiff seeks damages *in excess of* $15,000.00, the jurisdictional minimum of the Circuit Court of Brevard County.  *See* Complaint at ¶ 1.

6.      In her Complaint, Plaintiff asserts that she sustained personal injuries when the vehicle she was operating was struck by a vehicle operated by Mackenzie Smowton. *See* Exhibit A, Complaint at ¶ 6.

8.      Plaintiff asserts that Defendant is the insurance carrier for Plaintiff, providing uninsured/underinsured motorist coverage.  *See* Exhibit A, Complaint at ¶ 8.

9.      Plaintiff asserts that Defendant is obligated to pay the uninsured/underinsured motorist policy benefits to Plaintiff. *See* Exhibit A, Complaint at ¶ 8.

10.     Plaintiff has demanded the uninsured motorist policy limits of $300,000.  See Exhibit "D," letter dated September 9, 2019, from Plaintiff's attorney, Douglas R. Beam, to Defendant, stating that, to date Ms. Hestad's medical bills from this accident exceed $83,000.00.

11.     By letter of October 14, 2019, attached as Exhibit "E," Plaintiff's attorney provided Defendant with additional medical bills and the possibility of future surgery.

12.     Complete diversity existed between Plaintiff and Defendant at the time Plaintiff commenced this action in state court.  As complete diversity exists as of the time of the filing of this Notice of Removal, and as the amount in controversy totals $83,024, exclusive of interest and costs, this Court has original jurisdiction over this action as defined in 28 U.S.C. § 1332(a)(1).  (See Medical bills attached as Exhibit F).

WHEREFORE, Defendant respectfully requests that the above-styled action be removed from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida to the United States District Court for the Middle District of Florida.

DATED this 24th day of January, 2020.

Respectfully submitted,

Law Offices of J. Christopher Norris
201 East Pine Street
Suite 875
Orlando, FL 32801
Telephone: (407) 648-0123
Attorney for Defendant


_____
MADDGE BERGISTE PENTON
Florida Bar No.0597856
Primary e-mail (eservice only):
OrlandoLegalMail@libertymutual.com
Secondary e-mail:
maddge.penton@libertymutual.com


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 24th   day of January, 2020, the foregoing Notice of

Removal was served by United States Mail upon the following:

Plaintiff's Counsel:
Douglas R. Beam, Esquire
25 West New Haven Avenue
Suite C
Melbourne, FL 32902-0640
Primary E-Mail:  eservice1@dougbeam.com
Secondary E-Mail:  eservice2@dougbeam.com


Law Offices of J. Christopher Norris
201 East Pine Street
Suite 875
Orlando, FL 32801
Telephone: (407) 648-0123
Attorney for Defendant


_____

MADDGE BERGISTE PENTON
Florida Bar No.0597856
Primary e-mail (eservice only):
    OrlandoLegalMail@libertymutual.com
Secondary e-mail:
    maddge.penton@libertymutual.com



null / ALL
**Transmittal Number: 20944981**
**Date Processed: 01/09/2020**

# Notice of Service of Process

| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 |
|---|---|

| | |
|---|---|
| **Entity:** | Liberty Mutual Insurance Company<br>Entity ID Number  1765547 |
| **Entity Served:** | Liberty Mutual Insurance Company |
| **Title of Action:** | Cary Hestad vs. Liberty Mutual Insurance Company |
| **Matter Name/ID:** | Cary Hestad vs. Liberty Mutual Insurance Company (9919197) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Brevard County Circuit Court, FL |
| **Case/Reference No:** | 05-2019-CA-060964-XXXX-XX |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 01/09/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Chief Financial Officer on 01/07/2020 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Douglas R. Beam<br>321-723-6591 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

*20-000006185*

GARY HESTAD,

PLAINTIFF(S)

VS.

LIBERTY MUTUAL INSURANCE COMPANY, A
FOREIGN PROFIT CORPORATION,

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, EXHIBIT, DISCOVERY

**CASE #:**     05-2019-CA-060964-XXXX-XX
**COURT:**     CIRCUIT COURT
**COUNTY:**    BREVARD
**DFS-SOP #:** 20-000006185

## <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the
State of Florida. Said process was received in my office by PROCESS SERVER on Tuesday, January 7,
2020 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, January 9, 2020 to the
designated agent for the named entity as shown below.

    LIBERTY MUTUAL INSURANCE COMPANY
    LYNETTE COLEMAN
    1201 HAYS STREET
    TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible**
**for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court**
**pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

DOUGLAS R. BEAM
25 WEST NEW HAVEN AVENUE, SUITE C
MELBOURNE, FL 32902

SKT

Filing # 100946924 E-Filed 12/30/2019 04:41:17 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                                    CASE: 05-2019-CA-060964-XXXX-XX

    Plaintiff,

                                                **SUMMONS**

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.
_____/

TO:   Liberty Mutual Insurance Company
       c/o Chief Financial Officer
       The Department of Financial Services
       200 East Gaines Street
       Tallahassee, Florida  32399-4201

ERIC LARSON #063
Certified Process Server
2nd Judicial Circuit

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

*RECEIVED AS STATUTORY REGISTERED AGENT on 07 January, 2020 and served on defendant or named party on 09 January, 2020 by the Florida Department of Financial Services*

00108603-1

Filing # 100946924 E-Filed 12/30/2019 04:41:17 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                                          CASE: 05-2019-CA-060964-XXXX-XX

    Plaintiff,

                                        **SUMMONS**

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.                    
_____

TO:    Liberty Mutual Insurance Company
        c/o Chief Financial Officer
        The Department of Financial Services
        200 East Gaines Street
        Tallahassee, Florida 32399-4201

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

00108603-1                                          1

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberea usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de tribunal. Il y a d'autres obligaitons juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de tribunal. Il y a d'autres obligaitons juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un

service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff/Plaintiff's Attorney
Douglas R. Beam
Douglas R. Beam, P.A.
Suite C, 25 W. New Haven Ave.
P.O. Box 640
Melbourne, FL 32902-0640
(321) 723-6591
Florida Bar 0515604
Attorney for Plaintiff

 If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 2 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons, request to produce, and a copy of the complaint in this lawsuit on the above-named defendant(s):

TO:    Liberty Mutual Insurance Company
       c/o Chief Financial Officer
       The Department of Financial Services
       200 East Gaines Street
       Tallahassee, Florida 32399-4201

DATED: ~~December~~ JANUARY 6, 2020 _____, ~~2019~~.

(SEAL)

CLERK OF THE CIRCUIT COURT
SCOTT ELLIS
As Clerk of the Court

By _Elizabeth Johns_
     Deputy Clerk

00108603-1                                3

Filing # 100946924 E-Filed 12/30/2019 04:41:17 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                                     CASE

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

      Defendant.

_____/

## COMPLAINT

    Plaintiff, CARY HESTAD, sues Defendant, LIBERTY MUTUAL INSURANCE COMPANY, a foreign profit corporation (hereinafter "Liberty Mutual"), and states:

    1.    This is a claim for uninsured/underinsured motorist benefits pursuant to Section 627.727, Florida Statutes, and the policy of insurance hereinafter referred to. The damages sought are in excess of $15,000.00, exclusive of costs and interest.

    2.    At all relevant times, Plaintiff, Cary Hestad, was *sui juris* and was a resident of Brevard County, Florida.

    3.    At all relevant times, Defendant, Liberty Mutual, was a foreign profit corporation duly authorized and licensed to do business in the State of Florida and was actively engaged in the insurance business in Brevard County, Florida.

    4.    On or about September 4, 2016, Mackenzie Smowton, leased, owned, maintained or was otherwise in possession and control of a motor vehicle which was involved in an accident on Interstate 95 in Rockledge, Brevard County, Florida.

00162893-1

5.    At that time and place, Mackenzie Smowton owed the Plaintiff, Cary Hestad, the duty to maintain and/or operate said vehicle with ordinary and reasonable care so as not to injure Plaintiff or damage her property.

6.    At that time and place, Mackenzie Smowton negligently operated or maintained said vehicle, so that it collided with vehicle operated by Plaintiff, Cary Hestad.

7.    At all relevant times, Defendant, Liberty Mutual, had in effect a policy of automobile insurance issued to Plaintiff, Cary Hestad, under policy number AOS-258-166216-4058.   A copy of the declarations page of this policy is attached and incorporated by reference hereto as Plaintiff's Exhibit "A."

8.    Plaintiff, Cary Hestad, is entitled to claim uninsured/underinsured motorist benefits under Liberty Mutual's policy of insurance as a result of the aforementioned collision.

9.    Pursuant to the terms and conditions of the aforementioned policy of insurance, in the event Plaintiff, Cary Hestad, and Defendant, Liberty Mutual, are unable to amicably resolve an uninsured/underinsured motorist claim, Plaintiff is entitled to bring said claim before a Court of competent jurisdiction. Plaintiff, Cary Hestad, and Defendant, Liberty Mutual, have been unable to amicably resolve the claim and, accordingly, Plaintiff, Cary Hestad, hereby brings this claim.

10.    Following the aforementioned collision, Plaintiff, Cary Hestad, has furnished Defendant, Progressive, with timely notice and proof of her claim and has otherwise performed all conditions precedent to entitle her to recover uninsured/underinsured motorist benefits under said policy of insurance.

11.    As a result of the collision, Plaintiff, Cary Hestad, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the

enjoyment of life, expense of hospitalization, medical care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer such losses in the future. Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

Wherefore, Plaintiff, Cary Hestad, demands judgment for damages against Defendant, Liberty Mutual Insurance Company, a foreign profit corporation, costs of this action, prejudgment interest, and trial by jury and for such other relief as the Court may deem just and proper.

Dated: December **30**, 2019.

Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL 32902-0640
(321)723-6591
eservice1@dougbeam.com
eservice2@dougbeam.com
Lawyers for Plaintiff

By:

Douglas R. Beam
Florida Bar 0515604
Riley H. Beam
Florida Bar 0100512

# Policy Declarations
# LM General Insurance Company

### A summary of your auto insurance coverage

Reason for your new declarations page: Policy Change 02
- Add Vehicle 3

Effective date of this change: 08/06/2016

 **INSURANCE INFORMATION**

| | |
|---|---|
| Named Insured: | Arne K Hestad |
| | Cary L Hestad |
| Policy Number: | ████████████ |
| Policy Period: | 10/01/2015 -10/01/2016  12:01 AM standard time at the address of the Named Insured as stated below. |
| Mailing Address: | 165 Walter Ct |
| | Merritt Island FL 32952 -2835 |
| Affinity Affiliation: | University of Central Florida |

### Vehicles Covered by Your Policy

| VEH | YEAR | MAKE | MODEL | VEHICLE ID NUMBER |
|---|---|---|---|---|
| 1 | 2005 | HONDA | CIVIC | ██████████ |
| 2 | 2016 | KIA | SOUL SW | ██████████ |
| 3 | 1996 | PLYMOUTH | GR VOY SE | ██████████ |

### Coverage Details

Your total annual policy premium for all covered vehicles is shown below. A premium is shown for each type of coverage you have purchased for each vehicle. Where no premium is shown, you have not purchased the indicated coverage for that vehicle.

### Coverage Information

Premium Adjustment from 08/06/2016 to 10/01/2016

| | VEH 1 | VEH 2 | VEH 3 |
|---|---|---|---|
| | ██ | ██ | ██ |
| Total Adjustment: | ██ | | |


Total Annual Policy Premium: ████████
Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

| COVERAGE | LIMITS | | PREMIUM PER |
|---|---|---|---|
| | | | VEHICLE VEH 1   VEH 2   VEH 3 |
| A. Liability | | | |
| Bodily Injury | $ 250,000 | Each Person | ██   ██   ██ |
| | $ 500,000 | Each Accident | |
| Property Damage | $ 100,000 | Each Accident | ██   ██   ██ |
| B. Medical Payments | | | |
| | $ 5,000 | Each Person | ██   ██   ██ |

 **Liberty Mutual INSURANCE**

**ACTION REQUIRED:**

Please review and keep for your records.

 **QUESTIONS ABOUT YOUR POLICY?**

By Phone
1-407-380-7852
1-888-862-9632

Liberty Mutual Office
2504 S Alafaya Trl Ste 300
Orlando FL 32828

Sales Representative
Spencer K Smith

Visit us online
LibertyMutual.com

**GO PAPERLESS**

Manage your policy 24/7 on eService
LibertyMutual.com/register

**To report a claim**
By Phone
1-800-2CLAIMS
(1-800-225-2467 )
Online
LibertyMutual.com/claims

THIS IS NOT YOUR AUTO INSURANCE BILL. YOU WILL BE BILLED SEPARATELY.


**PLAINTIFF'S EXHIBIT**
A



**Liberty Mutual.**
INSURANCE

Policy Number:
AOS-258-166216-40 5 8
Declarations effective:
08/08/2016

## Coverage Information (continued)

| COVERAGE | LIMITS | | PREMIUM PER |  |  |
|---|---|---|---|---|---|
|  |  |  | VEHICLE VEH 1 | VEH 2 | VEH 3 |
| **C. Uninsured Motorists** |  |  |  |  |  |
| Uninsured Motorists | $ 100,000 | Each Person | ▬ | ▬ | ▬ |
| Bodily Injury | $ 300,000 | Each Accident |  |  |  |
| **D. Coverage for Damage to Your Auto** |  |  |  |  |  |
| Collision |  |  | ▬ | ▬ |  |
| Actual Cash Value Less Deductible Shown |  |  |  |  |  |
| Veh 1 $500 | Veh 2 $500 |  |  |  |  |
| Other Than Collision |  |  | ▬ | ▬ |  |
| Actual Cash Value Less Deductible Shown |  |  |  |  |  |
| Veh 1 $500 | Veh 2 $500 |  |  |  |  |
| **Personal Injury Protection (PIP)** |  |  |  |  |  |
| Personal Injury Protection (PIP) |  |  | ▬ | ▬ | ▬ |
| **OPTIONAL COVERAGE** |  |  |  |  |  |
| Towing And Labor Cost Each Disablement |  |  | ▬ | ▬ | $▬ |
| Veh 1 $100 | Veh 2 $100 |  |  |  |  |
| Veh 3 $100 |  |  |  |  |  |
| Transportation Expenses | $30 Per Day |  | ▬ | ▬ |  |
|  | $900 Per Accident |  |  |  |  |
| **Annual Premium Per Vehicle:** |  |  | ▬ | $▬ | $▬ |

**Total Annual Policy Premium:** $▬
Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

## Discounts and Benefits

Your discounts and benefits have been applied to your Total Annual Policy Premium.

### VEHICLE DISCOUNTS

|  | VEH 1 | VEH 2 | VEH 3 |
|---|---|---|---|
| Anti-Theft Device Discount | Yes | Yes |  |
| Vehicle Safety Discount | Yes | Yes | Yes |

### POLICY DISCOUNTS

| | |
|---|---|
| Early Shopper Discount | Paperless Policy Discount |
| Electronic Funds Transfer (EFT) / | Multi-Car Discount |
| Recurring Credit Card (RCC) Discount | |



## Discounts and Benefits (continued)

**POLICY BENEFITS**

Accident Forgiveness: If you remain accident free and violation free, your policy may be eligible to earn Forgiveness in 5 Year(s).

## Additional Information for Vehicles Covered by Your Policy

| LOSS PAYEE(S) | MONTH/YEAR EXPIRES |
|---|---|
| VEH 2: BBVA COMPASS BANK | 02/2022 |

## Driver Information

| DRIVER NAME | LICENSE NUMBER | DATE OF BIRTH | STATE |
|---|---|---|---|
| Arne K Hestad | ▇▇▇▇ | ▇▇▇▇ | FL |
| Cary L Hestad | ▇▇▇▇ | ▇▇▇▇ | FL |

To ensure proper coverage, please contact us to add drivers not listed above.

## Endorsements - Changes to Your Policy

Amendment of Policy Provisions - Florida AS2267 04 13
Automobile Amendatory Endorsement AS3743 01 13
Uninsured Motorist Coverage - Stacked AS2029 10 11
Personal Injury Protection Coverage AS2090 01 13
New Vehicle Replacement Cost Coverage AS2112 10 99
Optional Transportation Expenses Coverage AS2225 06 05
Split Liability Limits PP 03 09 04 86
Education Affinity Endorsement AS2303 10 08
Coverage For Damage To Your Auto Exclusion Endorsement  PP 13 01 12 99
Full Windshield Coverage PP 03 25 08 86
Liability Coverage Exclusion Endorsement PP 03 26 06 94
Automatic Termination Endorsement AS1046 02 05
Loss Payable Clause PP 03 05 08 86
Towing and Labor Coverage AS2208 02 05

LibertyGuard Auto Policy Declarations provided and underwritten by
LM General Insurance Company, Boston, MA.



Policy Number:
AOS-258-166216-40 5 8
Declarations effective:
08/06/2016

As a member of the teaching community, you receive exclusive coverage included in your policy at no additional cost. Please see your educator endorsement for more details.

This policy, including endorsements listed above, is countersigned by:

*Mary Beth Kees*

Authorized Representative

*[signature]*

President

*[signature]*

Secretary



## Discounts and Benefits (continued)

**POLICY BENEFITS**

Accident Forgiveness: If you remain accident free and violation free, your policy may be eligible to earn Forgiveness in 5 Year(s).

**Policy Number:**
AOS-258-166216 -40 5 8
Declarations effective:
08/06/2016

## Additional Information for Vehicles Covered by Your Policy

| LOSS PAYEE(S) | MONTH/YEAR EXPIRES |
|---|---|
| VEH 2: BBVA COMPASS BANK | 02/2022 |

### Driver Information

| DRIVER NAME | LICENSE NUMBER | DATE OF BIRTH | STATE |
|---|---|---|---|
| Arne K Hestad | ███████ | ███████ | FL |
| Cary L Hestad | ███████ | ███████ | FL |

To ensure proper coverage, please contact us to add drivers not listed above.

As a member of the teaching community, you receive exclusive coverage included in your policy at no additional cost. Please see your educator endorsement for more details.

### Endorsements - Changes to Your Policy

Amendment of Policy Provisions - Florida AS2267 04 13
Automobile Amendatory Endorsement AS3743 01 13
Uninsured Motorist Coverage - Stacked AS2029 10 11
Personal Injury Protection Coverage AS2090 01 13
New Vehicle Replacement Cost Coverage AS2112 10 99
Optional Transportation Expenses Coverage AS2225 06 05
Split Liability Limits PP 03 09 04 86
Education Affinity Endorsement AS2303 10 08
Coverage For Damage To Your Auto Exclusion Endorsement  PP 13 01 12 99
Full Windshield Coverage PP 03 25 08 86
Liability Coverage Exclusion Endorsement PP 03 26 06 94
Automatic Termination Endorsement AS1046 02 05
Loss Payable Clause PP 03 05 08 86
Towing and Labor Coverage AS2208 02 05

LibertyGuard Auto Policy Declarations provided and underwritten by LM General Insurance Company, Boston, MA.

This policy, including endorsements listed above, is countersigned by:

*Mary Beth Kees*

Authorized Representative

President

Secretary

Filing # 100946924 E-Filed 12/30/2019 04:41:17 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                                    CASE

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

      Defendant.

_____/

### REQUEST TO PRODUCE TO DEFENDANT
### LIBERTY MUTUAL INSURANCE COMPANY

The Plaintiff, Cary Hestad, by and through undersigned counsel, pursuant to Fla. R. Civ. P. 1.350(a), hereby requests that the Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), within forty-five (45) days from the date of service of this request produce the following documents:

1.    Any photographs in Defendant's possession depicting the damage to their automobile, or any of the other vehicles involved in the subject collision.

2.    Copies of any and all statements and or correspondence provided by Plaintiff to Liberty Mutual and any statements or correspondence by Liberty Mutual to Plaintiff.

3.    A copy of any and all automobile insurance policies providing coverage to Plaintiff by the Defendant at the time of the subject accident.

4.    A copy of any and all repair estimates and or supplemental repair estimates or any evaluation reports (if vehicles were deemed "total loss") for all of the vehicles involved in the subject collision.

5.    Any surveillance videotapes, photographs, recordings, digital recordings or any other recorded evidence of the Plaintiff since the date of the subject accident.

6.    Copy of any and all checks, front and back, paid to Plaintiff or to any person on

00147367-1

Plaintiff's behalf as a result of the accident which is the subject of this lawsuit.

7.    Copy of any and all checks, front and back, paid to Defendant or to any person on Defendant's behalf regarding damage to any of the automobiles involved in the accident which is the subject of this lawsuit.

I HEREBY CERTIFY that a true copy of the foregoing was served upon the Defendant, Liberty Mutual Insurance Company, along with the Complaint in this matter, by Service of Process.

Dated: December **3 0**, 2019.

<div style="margin-left:40%">

Douglas R. Beam, P.A.
Florida Bar 0515604
25 West New Haven Avenue, Suite C
Melbourne, FL 32902-0640
(321)723-6591
(321) 723-5926
eservice1@dougbeam.com
eservice2@dougbeam.com
Lawyers for Plaintiff

By:    _____

Douglas R. Beam
Florida Bar 0515604
Riley H. Beam
Florida Bar 100512

</div>

00147367-1

Filing # 100946924 E-Filed 12/30/2019 04:41:17 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                              CASE

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.

_____/

## NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO
## DEFENDANT, LIBERTY MUTUAL INSURANCE COMPANY

Pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, the Plaintiff, hereby

serves upon the Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), the attached

interrogatories to be answered fully and separately, in writing and under oath, within forty-five

(45) days after service of process as required by the Florida Rules of Civil Procedure.

I HEREBY CERTIFY that a true copy of the foregoing was served upon the Defendant,

Liberty Mutual Insurance Company, along with the Complaint in this matter, by Service of

Process.

Dated: December **30** 2019.

                                            Douglas R. Beam, P.A.
                                            Florida Bar 0515604
                                            25 West New Haven Avenue, Suite C
                                            Melbourne, FL 32902-0640
                                            (321)723-6591
                                            (321) 723-5926
                                            eservice1@dougbeam.com
                                            eservice2@dougbeam.com
                                            Lawyers for Plaintiff

                                            By: _____
                                            Douglas R. Beam
                                            Florida Bar 0515604
                                            Riley H. Beam
                                            Florida Bar 100512

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CARY HESTAD,                                        CASE

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.

_____/

### NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO DEFENDANT, LIBERTY MUTUAL INSURANCE COMPANY

Pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, the Plaintiff, hereby serves upon the Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), the attached interrogatories to be answered fully and separately, in writing and under oath, within forty-five (45) days after service of process as required by the Florida Rules of Civil Procedure.

I HEREBY CERTIFY that a true copy of the foregoing was served upon the Defendant, Liberty Mutual Insurance Company, along with the Complaint in this matter, by Service of Process.

Dated: December 30, 2019.

Douglas R. Beam, P.A.
Florida Bar 0515604
25 West New Haven Avenue, Suite C
Melbourne, FL 32902-0640
(321)723-6591
(321) 723-5926
eservice1@dougbeam.com
eservice2@dougbeam.com
Lawyers for Plaintiff

By: _____
Douglas R. Beam
Florida Bar 0515604
Riley H. Beam
Florida Bar 100512

## FIRST SET OF INTERROGATORIES TO DEFENDANT
## LIBERTY MUTUAL INSURANCE COMPANY

Plaintiffs hereby make demand that the Defendant answer the following Interrogatories pursuant to the Florida Rules of Civil Procedure 1.280. These Interrogatories must be answered as provided in F.R.C.P. and the Answers must be served on all other parties within forty-five (45) days after the Interrogatories are deemed served.

These Interrogatories are addressed to you as a party to this action; your answers shall be based upon information known to you or in the possession, custody or control of you, your attorney or other representative acting on your behalf whether in preparation for litigation or otherwise. These Interrogatories must be answered completely and specifically by you in writing and must be verified. The fact that investigation is continuing or that discovery is not complete shall not be used as an excuse for failure to answer each interrogatory as completely as possible. The omission of any name, fact, or other item of information from the Answers shall be deemed a representation that such name, fact, or other item was not known to Defendant, their counsel, or other representatives at the time of service of the Answers.

1. State the name and address of any person answering these Interrogatories. Include in your answer your professional title, your affiliation with Metropolitan Casualty, and the length of time with Liberty Mutual in that position.

2. State whether there was a contract of insurance between the insurance company and the Plaintiff to provide uninsured/underinsured motorist benefits.

3. Name the eyewitnesses you are aware of that witnessed all or part of the auto accident and state the location of each such eyewitness at the time of the auto accident.

4. Name all persons and/or personnel who were at or near the scene or arrived at the scene within two hours after the motor vehicle crash.

5. If anyone investigated this matter for you, state their name(s) and address(es), and state whether such investigation was reduced to writing. If said investigator obtained any signed statements or recorded statements, identify the person who gave the statement and attach to your Answers a copy of any said statement.

6. If you contend that the Plaintiff in this action was at all negligent in causing the collision, state the reason(s) you make this contention. Include in your answer where and from whom you obtained the information to make this contention.

7. State whether you have within your possession or control photographs, plats or diagrams of the scene, videotapes, or objects connected with said auto accident; and if so, identify each such object, the date produced or obtained, and the present custodian thereof.

8. State the manner in which you say the incident complained of occurred, giving the various speeds, positions, directions, and locations of all vehicles involved in the said accident.

9. State whether you have within your possession or control, or have knowledge of, any transcripts of testimony, in any proceedings arising out of the auto accident. If so, state the date, the subject matter, the name and address of the person who has present possession of each said transcript of testimony.

10. Do you know of any statement, conversation, comment, or report made by this Plaintiff at the time of the auto accident or following the auto accident, concerning the auto accident or facts relevant to any issue in this case? If your answer is "yes," state the content of such statement, conversation, comment, or report, the place where it took place, and in whose presence, it was made.

11. State the name and specialty of all experts whom you propose to call as witnesses at trial, and for each expert state the subject matter on which the expert is expected to testify, the substance of the findings and opinions to which the expert is expected to testify and attach to your Answers copies of all written reports of each such expert.

12. What investigation have you done to determine whether the driver or owner of the vehicle that was involved in the auto accident with the Plaintiff was insured with liability insurance at the time of the auto accident? Include in your response, the results of that investigation and by whom it was conducted.

13. Were there any charges placed against the uninsured driver or owner of the vehicle involved in the auto accident with the Plaintiff as a result of this auto accident and if so, did they plead guilty or were they found guilty of any violation arising from the auto accident? If so, state the violation they were charged with, and where and when they pled or were found guilty.

14. State the name of any insurance company that might be liable to satisfy all or part of any judgment that might be entered against the driver or owner of the vehicle involved in the auto accident with the Plaintiff in this case, and for each company named, state the limits of coverage.

15. State who owned the various vehicles involved in the auto accident and which parts of those vehicles were damaged in the auto accident complained of, the name and address of the person or entity who repaired each vehicle, and the date and cost of repairs. If the vehicles have not been repaired, state the present location of said vehicles, the days of the week, the time of day, and the places they may currently be seen.

16. If you contend that the Plaintiff suffered from a pre-existing condition, please state all facts upon which you rely to support your contention.

17. If you contend that the Plaintiff aggravated a preexisting condition, please state all facts upon which you rely to support your contention.

18. If you contend that the Plaintiff's injuries were not sustained in the auto accident of September 4, 2016, please state all facts upon which you rely upon to support your contention.

19. Please identify any experts of any kind that you have consulted with and who has rendered opinions prior to answering these interrogatories and whose opinions you have relied upon in denying this claim.

## **VERIFICATION**

_____

Signature of Defendant

STATE OF _____)

COUNTY OF _____)

The foregoing instrument was acknowledged before me this _____ day of _____, 2020, by _____, who is personally known to me or who has produced _____ as identification and who did/did not take an oath.

(SEAL)

_____
 (Notary signature)

_____
(Notary name - print)
NOTARY PUBLIC, State of Florida

My Commission Expires: _____.

**Real Property Transaction: CARY L & ARNE K HESTAD**

## Real Property Transaction Record

### Source Information

| | |
|---|---|
| **Filings Current Through:** | 12/16/2019 |
| **County Last Updated:** | 01/16/2020 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 01/21/2020 |
| **Source:** | CLERK OF THE CIRCUIT CT |

### Owner Information

| | |
|---|---|
| **Owner(s):** | CARY L & ARNE K HESTAD |
| **Owner Relationship:** | HUSBAND/WIFE |
| **Additional Owner:** | HESTAD CARY L |
| **Owner Relationship:** | HUSBAND/WIFE |
| **Additional Owner:** | HESTAD ARNE K |
| **Property Address:** | 165 WALTER CT MERRITT ISLAND, FL 32952-2635 |
| **Mailing Address:** | 165 WALTER CT MERRITT ISLAND, FL 32952-2635 |

### Transaction Information

| | |
|---|---|
| **Transaction Date:** | 11/22/2004 |
| **Deed Type:** | DEED OF TRUST |
| **Type of Transaction:** | REFINANCE |
| **Mortgage Amount:** | $109,200.00 |
| **Mortgage Type:** | CONVENTIONAL |
| **Mortgage Term:** | 30 YEARS |
| **Mortgage Deed Type:** | MORTGAGE DEED |
| **Mortgage Date:** | 11/22/2004 |
| **Mortgage Due Date:** | 12/01/2034 |
| **Interest Rate:** | ADJUSTABLE |
| **Lender Name:** | CENTEX HM EQUITY CO LLC |
| **Address:** | DALLAS, TX 75201-1516 |
| **Recording Date:** | 12/08/2004 |
| **Document Number:** | 385620 |
| **Recording Book/Page:** | BOOK 5394, PAGE 1083 |
| **Refinance Loan:** | LOAN TO VALUE IS MORE THAN 50% |

### Property Information

| | |
|---|---|
| **County:** | BREVARD |
| **Assessor's Parcel Number:** | 2439017 |
| **Property Type:** | SINGLE FAMILY |

**Real Property Transaction: CARY L & ARNE K HESTAD**

|  |  |
|---|---|
| | RESIDENCE - TOWNHOUSE |
| **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Building Square Feet:** | 1430 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



| HOME | DIRECTIONS | CONTACT US |

Search the Secretary's website

Search

# Corporations Division          Exhibit C

## Business Entity Summary

**ID Number: 041543470**          Request certificate     New search

**Summary for:  LIBERTY MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**   LIBERTY MUTUAL INSURANCE COMPANY | |
| **The name was changed from:** MASSACHUSETTS EMPLOYEES INSURA **on** 08-15-1917 | |
| **Entity type:**   Insurance | |
| **Identification Number:** 041543470 | **Old ID Number:** |
| **Date of Organization in Massachusetts:**   01-01-1912 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 01/01 |

**The location of the Principal Office:**

Address:   175 BERKELEY ST.

City or town, State, Zip code, Country:      BOSTON,   MA   02116   USA

**The name and address of the Resident Agent:**

Name:   CORPORATION SERVICE COMPANY

Address:   84 STATE ST.

City or town, State, Zip code, Country:      BOSTON,   MA   02109   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | EDMUND F. KELLY | 315 WELLESLEY ST WESTON, MA 02493 USA | NA |
| TREASURER | ELLIOT J. WILLIAMS | 91 BROOKS STREET MEDFORD, MA 02155 USA | NA |
| SECRETARY | DEXTER R. LEGG | 846 MIDDLE STREET PORTSMOUTH, NH 03801 USA | |
| DIRECTOR | A. ALEXANDER FONTANES | 18 CLARK STREET HINGHAM, MA 02018 USA | NA |
| DIRECTOR | J. PAUL CONDRIN III | 8 PETTEE'S POND LANE WALPOLE , MA 02081 USA | NA |
| DIRECTOR | JOHN B. CONNERS | 23 FLETCHER STREET FOXBORO, MA 02035 USA | NA |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

ALL FILINGS

Annual Report

Application For Revival

[View filings]

**Comments or notes associated with this business entity:**

[New search]

DCN: 0720190912321860539728018O    Received Date:09/12/2019

Exhibit D



DOUGLAS R. BEAM P.A.

ATTORNEYS ❖ COUNSELORS AT LAW

September 9, 2019

# THIRTY-DAY DEMAND

Cheryl Saylor
Liberty Mutual Insurance Company
P.O. Box 515097
Los Angeles, CA  90051-5097

1 OF 3

Re:   Our Client:         Cary Lee Hestad
      Your Insured:       Arne K. Hestad
      Claim Number:       LA000-34315472-04
      Date of Crash:      September 4, 2016

Dear Ms. Saylor:

Please be advised that GEICO has tendered its BI policy limits of $50,000.00 in the above-referenced matter. We hereby request that Liberty Mutual approves acceptance of the payment of the bodily injury policy limits of $50,000.00 to Cary Lee Hestad and waive subrogation rights within 30 days of the date of this letter.  We have enclosed for your review the following documents which have been marked for your convenience.  These documents are respectfully submitted to present the facts of this accident on behalf of Cary Lee Hestad, with a view toward an amicable settlement of this matter without the necessity of litigation;

1. GEICO letter and release tendering policy limits;
2. Florida Traffic Crash Report;
3. Brevard County Fire Rescue, Medical Records;
4. Wuesthoff Medical Center Emergency Room Records;
5. Robert Traven, D.C. Medical Records;
6. First Choice Medical Center Medical Records;
7. Brian Ziegler, M.D. Medical Records;
8. Merritt Island Surgery Center Records;
9. Dr. Leon Cohen Medical Records;
10. Electromyography Report from Shubhangi Chumble;
11. NeuroSkeletal Imaging Diagnostic Test Results;
12. Steward Pain Management Medical Records;
13. PIP Sheet;
14. Florida Blue Itemized Lien;
15. Medical Bills;
16. Medical Bills Summary;
17. Property Damage Documents.

This letter of settlement and all enclosures are, of course, submitted solely for the purpose of settlement negotiations and not by way of any admissions against interest. We therefore submit them only on the condition that this letter and all of the materials submitted with it will not be used in the event this matter is tried.

25 WEST NEW HAVEN AVE., STE. C, MELBOURNE, FL 32901-4463
(321) 723.6591   FAX: (321) 723.5926
DOUGBEAM@DOUGBEAM.COM   DOUGBEAM.COM

PERSONAL INJURY & CRIMINAL DEFENSE LAW FIRM




DCN: 0720190912321860539728018    Received Date:09/12/2019

Liberty Mutual Demand – Hestad
September 9, 2019
Page 2 of 5

The information that follows is a brief summary of the facts of this case as we understand them and which we believe will be presented at trial of this matter.

## FACTS OF THE ACCIDENT

Cary Lee Hestad was a seat belted driver of her 2016 Kia Soul, traveling south on State Road 3, Merritt Island, Florida. She was lawfully stopped at a red traffic signal behind a vehicle operated by Jorge Piquereo. Mackenzie Nicole Smowton was also traveling south behind Ms. Hestad. Ms. Smowton failed to stop and crashed into the rear of Ms. Hestad's vehicle at a high rate of speed, propelling Ms. Hestad into the vehicle in front of her operated by Jorge Piquereo. Ms. Hestad was holding tightly onto the steering wheel at the time of the crash. Airbags did not deploy. Ms. Hestad's vehicle was a total loss and she suffered serious bodily injuries as a result of this crash.

## INJURIES

To analyze the disabilities of Cary Lee Hestad, together with her pain and suffering, and in order to consider properly the factors which will be covered in the event this matter proceeds to trial, it is necessary to examine the precise nature of her injuries and the effect that these injuries have had upon her life.

Ms. Hestad was transported from the scene of the crash by Brevard County Fire Rescue to Wuesthoff Medical Center's emergency room. She presented with complaints of left scapular pain, left subscapular pain, low back pain, mid back pain, and chest pain from the seat belt area. She was treated, given prescriptions for pain medication, and released to home. She was advised to follow up for treatment of her diagnosis of Lumbosacral Strain From a Motor Vehicle Collision. Ms. Hestad returned to her PCP, Dr. Leon Cohen and her chiropractor, Robert Traven, D.C. for treatment related to the motor vehicle crash. Dr. Traven provided physical therapy and manipulations for her lower back, mid back and neck pain. She had had accidents prior to this crash but was completely asymptomatic prior the accident of September 4, 2016.

On October 31, 2016, Ms. Hestad present to Brian Ziegler, M.D. for an orthopedic evaluation of her wrists. Her chief complaint was right wrist pain and numbness as a result of her motor vehicle crash of September 4, 2016. She reported that both wrists were painful but the pain was more severe in the right wrist. She described the pain as aching, weakness, tingling, numbness and as being moderate, intermittent, achy and dull in character. She was able to localize the symptoms by pointing to the carpal tunnel area. Her pain was gradually worsening since the motor vehicle crash and was at a 5/10 level as of this date. She reported no previous treatment for this. Dr. Ziegler recommended nerve conduction studies to evaluate for bilateral carpal tunnel syndrome and instructed her to return after testing. **Dr. Ziegler opined that "these issues appear MVA related aggravations."**

On December 12, 2016, Nerve Conduction Studies were conducted by Neurologist, Shubhangi

Liberty Mutual Demand – Hestad
September 9, 2019
Page 3 of 5

Chumble, M.D. Dr. Chumble's impression follows:

> **This is an abnormal study. This study is indicative of bilateral carpal tunnel syndrome, worse on the right. There is ulnar neuropathy across the elbow segment whereas the right side was normal. Bilateral radial sensory nerves showed normal response. Clinical correlation is indicated.**

On January 10, 2017, Ms. Hestad returned to Dr. Ziegler to discuss the test results and to be informed of her treatment options. Ms. Hestad decided to go ahead with carpal tunnel surgery on the right wrist.

On January 25, 2017, Brian Ziegler, M.D. performed surgery on Ms. Hestad at Merritt Island Surgery Center for Right carpal tunnel release and release of right middle trigger finger. Post-op visits were on January 39, 2017 and February 6, 2017. She was healing well and by her March 9, 2017 visit, Ms. Hestad advised Dr. Ziegler that there was a definite improvement to her right wrist since surgery as compared to her pre-op symptoms. Dr. Ziegler planned to reassess her left wrist at the next visit.

On June 19, 2017, Ms. Hestad presented to Camille Lombardo, ARNP-C of First Choice Medical Group for evaluation and treatment for neck pain and back pain resulting from her motor vehicle crash of September 4, 2016. She reported numbness, tingling, joint pain and limited range of motion. Her pain level was 6/10. Cervical and Lumbar MRIs conducted at NeuroSkeletal Imaging on May 16, 2017 were discussed and reported as follows:

> **Cervical:  Concentric disc bulges at C3-4, C4-5, C5-6 and C6-7 with the C3-4 being 2mm; reversal of the normal cervical lordosis.**

> **Lumbar:  Concentric disc bulges at L2-3, L3-4, L4-5 and L5-S1.**

Ms. Hestad was referred for physical therapy and also to Dr. Vliegenthart for spinal injections if physical therapy was not helpful. Her assessment was 1)Spasms of back muscles, 2)lumbar raiculopathy, 3)low back pain and 4)neck pain. After about 8 weeks of physical therapy, Ms. Hestad returned to Camille Lombardo to report that physical therapy had greatly reduced her pain level but that she would continue with her chiropractor, Robert Traven, D.C.

Dr. Traven referred Ms. Hestad to Joseph Bloom M.D. at Steward Pain Management. Ms. Hestad's first visit with Dr. Bloom was on October 25, 2018. She complained of low back and left-sided leg pain. She had failed conservative therapy. Her pain score was 6-8/10. Epidural steroid injections were discussed as an option. Dr. Bloom's impression was:

> **Neurogenic claudication**
> **Left-sided lumbar radiculitis secondary neuroforaminal stenosis L4-5**
> **Multilevel lumbar facet arthrosis L3 through S1**
> **Lumbar spinal stenosis moderate L3-4, moderate to severe L4-5 with open central**

DCN: 0720190912321860S397280180     Received Date:09/12/2019

---

        **canal L2-3 and L5-S1**
        **Failed conservative therapy**
        **Anxiety**
        **Recovering alcohol dependency**
        **Spinal canal stenosis**

Ms. Hestad continued to treat with Dr. Bloom from October 25, 2018 through December 4, 2018. Dr. Bloom administered lumbar epidural steroid injections to Ms. Hestad on November 7, 2018 and on November 21, 2018.

## PAIN AND SUFFERING (INCONVENIENCE, LOSS OF ENJOYMENT OF LIFE)

Cary Lee Hestad was 63 years of age at the time of this crash and is 67 years of age at the time of the settlement demand. The life expectancy tables provided by the Social Security Administration indicate that Ms. Hestad will live 18 more years, for a total of 21 years since the time of this crash.

To date, Ms. Hestad's medical bills from this accident exceed $83,000.00. Her injuries are permanent, ongoing, and will require treatment for the rest of her life. Over a 21 year period for treatment of these injuries, these medical bills will accumulate to an amount many times over $150,000.00.

Ms. Hestad continues to experience considerable pain from this crash. Although she was wearing her seatbelt and safety restraint system, the impact was so severe that her vehicle was totaled and pushed into the vehicle in front of her.

Ms. Hestad will require carpal tunnel surgery to her left wrist along with pain injections into her spine in the future as well as continued chiropractic and/or physical therapy treatment.

In Florida, plaintiffs are entitled to pain and suffering due to a permanent injury caused by a defendant. The neck, back, and bilateral wrist pain Ms. Hestad is now experiencing since this crash caused by Ms. Smowton is permanent and she has lived with, and will continue living with, this pain for 21 years. Any reasonable person would pay, at a minimum, $10.00 per day to live without pain. For 21 years at $10.00 per day would be $76,650.00; factoring in the cost of additional surgeries and continued treatment, a jury award is likely to exceed $500,000.00.

GEICO, which insures Katherine Smowton and Mackenzie Smowton, under policy number 4367-30-21-16 (claim number 0515656080101022), has tendered its bodily injury liability limits (BI) in the amount of $50,000.00 to Ms. Hestad.

Liberty Mutual Insurance Company, which insures Cary Lee Hestad, under policy number AOS-258-166216-4058 (claim number LA000-034315472-04), has disclosed its uninsured/underinsured policy limits in the amount of $100,000.00/$300,000.00 (stacked x 3).

Liberty Mutual Demand – Hestad
September 9, 2019
Page 5 of 5

## **CONCLUSION**

The injuries Cary Lee Hestad sustained from this crash are permanent and continuing and she is facing a potential left wrist surgery in the future. This crash has greatly reduced her enjoyment of the life she led before the crash.

This letter serves as a demand to Liberty Mutual Insurance Company to tender its underinsured motorist (UM) policy limits in the amount of $300,000.00 to Cary Lee Hestad within 30 days of the date of this letter. Your settlement check should be made payable to Cary Lee Hestad and Douglas R. Beam, P.A., Trust Account. A release benefiting all parties will be signed before the release of any funds.

Thank you for your time and attention to this matter.

Very truly yours,

Riley H. Beam

RHB/jlh
enclosures
via Certified Mail—Return Receipt Requested (9414726699042080151509)

# DOUGLAS R. BEAM P.A.
## ATTORNEYS & COUNSELORS AT LAW

October 14, 2019

# TEN-DAY DEMAND

Justin Thomas Morton
Liberty Mutual Insurance Company
P.O. Box 515097
Los Angeles, CA 90051-5097

**SENT VIA EMAIL: JustinT.Morton@libertymutual.com**

Re:    Our Client:        Cary Lee Hestad
       Your Insured:      Arne K. Hestad
       Claim Number:      LA000-34315472-04
       Date of Crash:     September 4, 2016

Dear Mr. Morton:

As you know, this law firm represents Cary Lee Hestad in regard to the above-referenced claim.
On September 9, 2019, we sent you a thirty-day demand via certified mail. The following
documents were provided in that demand:

1.  GEICO letter and release tendering policy limits;
2.  Florida Traffic Crash Report;
3.  Brevard County Fire Rescue, Medical Records;
4.  Wuesthoff Medical Center Emergency Room Records;
5.  Robert Traven, D.C. Medical Records;
6.  First Choice Medical Center Medical Records;
7.  Brian Ziegler, M.D. Medical Records;
8.  Merritt Island Surgery Center Records;
9.  Dr. Leon Cohen Medical Records;
10. Electromyography Report from Shubhangi Chumble
11. NeuroSkeletal Imaging Diagnostic Test Results;
12. Steward Pain Management Medical Records;
13. PIP Sheet;
14. Florida Blue Itemized Lien;
15. Medical Bills;
16. Medical Bills Summary;
17. Property Damage Documents.

Additionally, in the first paragraph of our September 9, 2019 certified letter, we requested that
Liberty Mutual approve acceptance of the tender of the bodily injury policy limits of $50,000.00
from GEICO and to waive subrogation rights within thirty days as required by Florida Statute.

25 WEST NEW HAVEN AVE., STE. C, MELBOURNE, FL 32901-4463
(321) 723.6591    FAX: (321) 723.5926
DOUGBEAM@DOUGBEAM.COM  DOUGBEAM.COM

PERSONAL INJURY & CRIMINAL DEFENSE LAW FIRM




RM0611705246

 LIBERTY MUTUAL GENERAL INS 05246
PO BOX 1052
MONTGOMERYVILLE, PA   18936        Exhibit F

|  |  | X | 034315472 |
|---|---|---|---|
| HESTAD, CARY  L | ▓▓▓▓▓▓ | X | SAME |
| 165 WALTER CT | X |  | SAME |
| MERRITT ISLAND | FL |  | SAME |
| 32952 | ▓▓▓▓▓ |  | SAME |

|  | X | 02 22 1952 | X |
|---|---|---|---|

X

X    LIBERTY MUTUAL GENERAL INS

X

SIGNATURE ON FILE            09122016            SIGNATURE ON FILE

09  04  2016      431          439    09  04  2016

DN   LEON COHEN          1558329607

X

M79.1        R94.31      Z01.818        0

| 01 19 17 01 19 17 11 | 20550 | A | 126.00 1 | 1558329607 |
|---|---|---|---|---|
| N463323016501   UN 1.0 | | | | |
| 01 19 17 01 19 17 11 | J1100 | A | 46.00 1 | 1558329607 |
| 01 19 17 01 19 17 11 | 93015 | BC | 337.00 1 | 1558329607 |
| 01 19 17 01 19 17 11 | 85610 | C | 23.00 1 | 1558329607 |

| 592855683 | X | 27499 | X | 532.00 | 0.00 |
|---|---|---|---|---|---|
| | | | | | 321 4533420 |

LEON A COHEN MD PA            LEON A COHEN MD
375 S COURTENAY PKWY SUITE 1   375 S COURTENEY PRKY STE 1
LEON A COHEN MD MD    MERRITT ISLAND FL   329524868   MERRITT ISLAND FL   329524868
ME50207        02 05 2017                          1558329607   M E50207

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

LIBERTY MUTUAL AUTO INS
P.O. BOX 515097
LOS ANGELES    CA 90051-5097

**CARRIER**

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 034315472 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE ▮▮▮▮ SEX M ☐ X | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| HESTAD    CARY    L | | HESTAD    CARY    L |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 165 WALTER CT | Self X Spouse ☐ Child ☐ Other ☐ | 165 WALTER CT |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MERRITT ISLAND | FL | | MERRITT ISLAND | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 32952 | ▮▮▮▮ | 32952 | (321) 453-8167 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| HESTAD    CARY    L | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO X | a. INSURED'S DATE OF BIRTH MM 02 DD 22 YY 1952  SEX M ☐ F X |
|---|---|---|
| XJJH53392339 | | |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? X YES NO ☐ PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES ☐ NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME LIBERTY MUTUAL AUTO INS |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| BLUE SHIELD  PPO/POS/PPC | | X YES NO ☐  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE    DATE    02192019

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 11 04 18 QUAL. 439 | 15. OTHER DATE QUAL. 439 MM 11 DD 04 YY 18 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM          TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN COHEN, LEON | 17a. 17b. NPI 1558329607 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM          TO |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? YES ☐ NO ☐ | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)    ICD Ind. 0

| A. M25.551 | B. M25.561 | C. | D. |
|---|---|---|---|
| E. | F. | G. | H. |
| I. | J. | K. | L. |

| 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 13 19  02 13 19 | 11 | | 73502    RT | A | 140 00 | 1 | | ZZ | 2085R0202X |
| | | | | | | | | | NPI | 1205017050 |
| 2 | 02 13 19  02 13 19 | 11 | | 73560    RT | B | 120 00 | 1 | | ZZ | 2085R0202X |
| | | | | | | | | | NPI | 1205017050 |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN 800110465    X | 26. PATIENT'S ACCOUNT NO. N100074808 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO ☐ | 28. TOTAL CHARGE $ 260 00 | 29. AMOUNT PAID $ | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) DAVE FREMAN    02192019 SIGNED          DATE | 32. SERVICE FACILITY LOCATION INFORMATION NSI MERRITT ISLAND 255 N SYKES CREEK PKWY, STE 102 MERRITT ISLAND    FL 32953 1063406304 | 33. BILLING PROVIDER INFO & PH # (312) 454-6338 NSI MERRITT ISLAND PO BOX 400 MELBOURNE    FL 32902 1063406304 |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB 0938-1197 FORM 1500 (02-12)

I1500-L12
InHealth Systems & Services (div. of Professional Filing Systems, Inc.)
To Order Call 1-800-477-7374, in Atlanta 770-396-4994



RM1 931713742          LIBERTY MUTUAL
                       PO BOX 1052

                       MONTGOMERYVILLE, PA 189361052

XXX                                                                    XXX

                                            034315472

HESTAD CARY                   ████████    X  HESTAD CARY

165 WALTER COURT                 X           165 WALTER COURT

MERRITT ISLAND          FL                   MERRITT ISLAND          FL

329522635        ████████                    329522635      321 4538167

HESTAD CARY                                  034315472

XJJH53392339                        X           02 22 1952              X

                          X        FL

                               X             LIBERTY MUTUAL

BCBSFL: BLUE OPTIONS (PPO)                      X

       SIGNATURE ON FILE           07 01 2017        SIGNATURE ON FILE

  09 04 2016      431         439    09 04 2016

DN  MARY C LOMBARDO ARNP        1639453012

                                                  X

                                         0
  M545         M5416        M5136      M6281

06 29 17  06 29 17  11    97110    GP          ABCD    260 40   2    1881632826
06 29 17  06 29 17  11    97140    GP   59     ABCD    239 84   2    1881632826

453336287        X   232193V8524      X          500 24    0 00    500 24

                     BEACH PHYSICAL THERAPY VIE    FIRST CHOICE MEDICAL GROUP
STEVE RYLAND, DPT    5445 MURRELL ROAD             PO BOX 13495
PT14577              ROCKLEDGE FL 329556679        BELFAST ME 049154025
     07 01 2017                                    1578846564

2 of 11
████████    123493-8397      MVA                        232193



RM1881707810

LIBERTY MUTUAL
PO BOX 1052

MONTGOMERYVILLE, PA 189361052

XXX                                                                                          XXX

034315472

HESTAD CARY                    █████████    X   HESTAD CARY

165 WALTER COURT                    X          165 WALTER COURT

MERRITT ISLAND          FL                     MERRITT ISLAND                FL

329522635        ████████                      329522635        321 4538167

HESTAD CARY                                    034315472

XJJH53392339                          X          02 22 1952                    X

                            X          FL

                                      X        LIBERTY MUTUAL

BCBSFL: BLUE OPTIONS (PPO)                     X

       SIGNATURE ON FILE              06 30 2017        SIGNATURE ON FILE

  09 04 2016        431          439    09 04 2016

DN  MARY C LOMBARDO ARNP          1639453012

                                                     X

                                        0
  M545          M5416          MS136    M6281


06 28 17   06 28 17   11      97161    GP            ABCD      325 96    1      1881632826

06 28 17   06 28 17   11      97535    GP  59        ABCD      139 80    1      1881632826

06 28 17   06 28 17   11      97140    GP  59        ABCD      119 92    1      1881632826

06 28 17   06 28 17   11      97010    GP            ABCD       24 24    1      1881632826


453336287              X   231370V8524      X              609 92      0 00    609 92

STEVE RYLAND, DPT          BEACH PHYSICAL THERAPY VIE    FIRST CHOICE MEDICAL GROUP
PT14577                   5445 MURRELL ROAD             PO BOX 13495
     06 30 2017           ROCKLEDGE FL 329556679        BELFAST ME 049154025
                                                        1578846564

      123493-1983         MVA                                    231370



RM1771721364

LIBERTY MUTUAL
PO BOX 1052

MONTGOMERYVILLE, PA 189361052

XXX                                                                          XXX

034315472

HESTAD CARY                           X    HESTAD CARY

165 WALTER COURT          X                165 WALTER COURT

MERRITT ISLAND          FL                 MERRITT ISLAND          FL

329522635                                  329522635          321 5447519

HESTAD CARY                                034315472

XJJH53392339                   X              02 22 1952              X

                        X          FL

                        X                  LIBERTY MUTUAL

BCBSFL: BLUE OPTIONS (PPO)                 X

        SIGNATURE ON FILE          06 20 2017        SIGNATURE ON FILE

  09 04 2016      431        439     09 04 2016

                                       X

  M62830        MS416      MS545     M542

                                     0

06 19 17  06 19 17   11    99205              ABCD      836 00    1    1639453012

453336287         X    227595V8524    X              836 00    0 00    836 00

MARY CAMILLE LOMBARDO    FIRST CHOICE MEDICAL GROUP    FIRST CHOICE MEDICAL GROUP
ARNP9438087              709 S. HARBOR CITY BLVD. S    PO BOX 13495
  06 20 2017            MELBOURNE FL 329011936         BELFAST ME 049154025
                        1578846564                     1578846564
      123493-9697       MVA              RIN                     227595

RM1461720223

1

LIBERTY MUTUAL AUTO INS
P.O. BOX 1052
MONTGOMERYVILLE    PA 18936

X    034315472

HESTAD    CARY                    ▮▮▮▮▮▮▮    X    HESTAD    CARY

165 WALTER CT                    X          165 WALTER CT

MERRITT ISLAND    FL                        MERRITT ISLAND    FL

32952    ▮▮▮▮▮▮▮▮                           32952    321 453-8167

HESTAD    CARY

XJJH53392339                    X           02 22 1952    X

X    FL

X    LIBERTY MUTUAL AUTO INS

BLUE SHIELD  PPO/POS/PPC                    X

SIGNATURE ON FILE    05192017    SIGNATURE ON FILE

09 04 16    439

DN  TRAVEN, ROBERT    1548284367

0

M54.2    M54.5

|  |  |  |  |  |  |  | ZZ 2085R0202X |
|---|---|---|---|---|---|---|---|
| 05 16 17 | 05 16 17 | 11 | 72148 | B | 1724 00 | 1 | 1508973900 |
|  |  |  |  |  |  |  | ZZ 2085R0202X |
| 05 16 17 | 05 16 17 | 11 | 72141 | A | 1724 00 | 1 | 1508973900 |

800110465    X    N100074808    X    3448 00
                                                321 409-9990
RAMRATH, R RICHARD    NSI MELBOURNE    NSI MELBOURNE
05192017    2222  S HARBOR CITY BLVD 520    PO BOX 400
MELBOURNE    FL 32901    MELBOURNE    FL 32902
1639163975    1639163975
H1

2G0861709702

## 50438 - Merritt Island Surgery Center
220 N Sykes Creek Pkwy #101
Merritt Island, FL 32953
Phone: (321) 459-0015

### Visit Charge Detail

Date: March 23, 2017

**Date of Service: 1/25/2017**

Patient: HESTAD, CARY   (51780 - 1)

165 WALTER COURT

**Account Title: HESTAD, CARY (51780)**

MERRITT ISLAND, FL 32952

### Visit Information
Procedure(s): RIGHT CARPAL TUNNEL RELEASE, RIGHT MIDDLE TRIGGER FINGER
Performing Physician(s): Ziegler, Brian S

### Charge Information

| Billing Code(s) | | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|---|
| 0490 | 26055 | Ambulatory | RT | | $8,432.00 |
| 0490 | 64721 | Ambulatory | RT | | $9,528.00 |
| Diagnosis Codes: | M65.331, G56.01 | | | Total Billed Charges: | $17,960.00 |

### Transaction History

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 1/26/2017 | 8 - Auto/Lit Billing | $17,960.00 | $17,960.00 |
| 1/26/2017 | 408 - Auto/Lit | ($16,728.28) | $1,231.72 |
| 1/27/2017 | 507 - Patient Payment | ($261.45) | $970.27 |
| 2/27/2017 | 508 - Auto/Lit Payment | ($2,272.08) | ($1,301.81) |
| 2/27/2017 | 408 - Auto/Lit | $1,301.81 | $0.00 |
| | | Balance Due: | $0.00 |

RM0791727065

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX   F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY   Merritt Island    STATE FL

8. RESERVED FOR NUCC USE

CITY   Merritt Island    STATE FL

ZIP CODE 32952    TELEPHONE (Include Area Code)

ZIP CODE 32952    TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   YES   X NO

a. INSURED'S DATE OF BIRTH   SEX
02 22 1952   M   F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   X YES   NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16   QUAL. 431

15. Other Date  QUAL. 454   09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E))  ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | CH5729 |
| 2 | 03 08 17 | | 03 08 17 | | | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 CH5729 |
| 3 | 03 08 17 | | 03 08 17 | | | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 CH5729 |
| 4 | 03 08 17 | | 03 08 17 | | | 11 | | 97110 | 59 | IJ | 60.00 | 1 | | NPI | 1548284367 |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
592901340   X

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES   NO

28. TOTAL CHARGE
$170.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W
SIGNED 03/09/2017   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0791727065

RM0791727065

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

<------ CARRIER ---->

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Hestad, Cary | | F X | Hestad, Cary |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 165 Walter Court | Self X Spouse Child Other | 165 Walter Court |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| Merritt Island | FL | | Merritt Island | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 32952 | | 32952 | (321) 453 8167 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Hestad, Cary | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| XJJH53392339 | YES X NO | 02 22 1952 | M F X |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | X YES NO FL | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES X NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | X YES NO If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. Other Date | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 09 04 16  QUAL. 431 | QUAL. 454  09 16 16 | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES X NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0 | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
|---|---|---|---|
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From  To MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CH5729 |
| 2 | 03 08 17  03 08 17 | 11 | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 3 | 03 08 17  03 08 17 | 11 | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 4 | 03 08 17  03 08 17 | 11 | 97110  59 | IJ | 60.00 | 1 | | NPI | 1548284367 |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|
| 592901340  X | 41994448 | X YES NO | $170.00 | $0.00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH# (321) 453 6126 |
|---|---|---|
| Traven, Robert W | Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501 | Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501 |
| SIGNED 03/09/2017  DATE | a.  b. | a. 1548284367  b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0791727064

RM0791727064

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| [ ] (Medicare #) | [ ] (Medicaid #) | [ ] (ID#/DoD#) | [ ] (Member ID#) | [ ] (ID#) | [ ] (ID#) | [X] (ID#) | 034315472 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX M [ ] F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Hestad, Cary | | | Hestad, Cary |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 165 Walter Court | Self [X] Spouse [ ] Child [ ] Other [ ] | 165 Walter Court |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| Merritt Island | FL | | Merritt Island | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 32952 | | 32952 | (321) 453 8167 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Hestad, Cary | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| XJJH53392339 | [ ] YES [X] NO | 02 22 1952 | M [ ] F [X] |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | [ ] YES [X] NO FL | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES [X] NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | [X] YES [ ] NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. Other Date | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 09 04 16  QUAL. 431 | QUAL. 454  09 16 16 | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? [ ] YES [X] NO | $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0 | 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|

A. LS138XXD  B. LS161XXD  C. LM9901  D. LM542
E. LG44209  F. LM9902  G. LM9908  H. LM546
I. LM9903  J. LM9904  K. LS39002D  L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 03 01 17  03 01 17 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729  1548284367 |
| 03 01 17  03 01 17 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | CH5729  1548284367 |
| 03 01 17  03 01 17 | 11 | | 97110  59 | IJ | 60.00 | 1 | | NPI | CH5729  1548284367 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X] | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|
| 592901340 | 41994448 | [ ] YES [ ] NO | $170.00 | $0.00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH#  (321) 453 6126 |
|---|---|---|
| Traven, Robert W  SIGNED 03/02/2017  DATE | Robert Traven DC  950 N Courtenay Pkwy  Merritt Island, FL 32953-4501  a.                      b. | Robert Traven DC  950 N COURTENAY PKWY  MERRITT ISLAND, FL 32953-4501  a. 1548284367      b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM079172064

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE    SEX
M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY          STATE
Merritt Island     FL

8. RESERVED FOR NUCC USE

CITY          STATE
Merritt Island     FL

ZIP CODE     TELEPHONE (Include Area Code)
32952

ZIP CODE     TELEPHONE (Include Area Code)
32952        (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [ ]  [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM DD YY
02 22 1952    M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[X] YES  NO [ ]  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ]  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO [ ]  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16  QUAL. 431

15. Other Date
MM DD YY
QUAL. 454   09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY        MM DD YY
FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY        MM DD YY
FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?    $ CHARGES
YES [ ]  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION
CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | CH5729 |
| 1 | 02 27 17 | 02 27 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | | CH5729 |
| 2 | 02 27 17 | 02 27 17 | 11 | | 98943 51 | | G | 40.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | | CH5729 |
| 3 | 02 27 17 | 02 27 17 | 11 | | 97110 59 | | IJ | 60.00 | 1 | | NPI | 1548284367 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
592901340    [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO [ ]

28. TOTAL CHARGE
$170.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  03/02/2017    DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501

a. 1548284367    b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0791727064

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)  034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  Hestad, Cary | 3. PATIENT'S BIRTH DATE ███████ SEX ☐ M ☒ F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)  Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street)  165 Walter Court | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street)  165 Walter Court |
| CITY  Merritt Island   STATE FL | 8. RESERVED FOR NUCC USE | CITY  Merritt Island   STATE FL |
| ZIP CODE  32952   TELEPHONE (Include Area Code) ██████ | | ZIP CODE  32952   TELEPHONE (Include Area Code) (321) 453 8167 |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)  Hestad, Cary | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER  XJJH53392339 | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH  MM 02 DD 22 YY 1952   SEX M ☐ F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE(State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| | | |
|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16   QUAL. 431 | 15. Other Date  QUAL. 454  MM 09 DD 16 YY 16 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0  A. S138XXD  B. S161XXD  C. M9901  D. M542  E. G44209  F. M9902  G. M9908  H. M546  I. M9903  J. M9904  K. S39002D  L. | | 22. RESUBMISSION CODE   ORIGINAL REF. NO.   23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729  NPI 1548284367 |
| 2 02 24 17 | 02 24 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | | CH5729  NPI 1548284367 |
| 3 02 24 17 | 02 24 17 | 11 | | 97110 | 59 | ABCD | 60.00 | 1 | | NPI | 1548284367 |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

| | | | | |
|---|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒  592901340 | 26. PATIENT'S ACCOUNT NO.  41994448 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE  $130.00 | 29. AMOUNT PAID  $0.00   30. Rsvd for NUCC use |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Traven, Robert W  SIGNED  03/02/2017 DATE | 32. SERVICE FACILITY LOCATION INFORMATION  Robert Traven DC  950 N Courtenay Pkwy  Merritt Island, FL 32953-4501  a.   b. | | 33. BILLING PROVIDER INFO & PH# (321) 453 6126  Robert Traven DC  950 N COURTENAY PKWY  MERRITT ISLAND, FL 32953-4501  a. 1548284367   b. | |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0621710381

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE ███████ SEX F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island  STATE FL

8. RESERVED FOR NUCC USE

CITY Merritt Island  STATE FL

ZIP CODE 32952  TELEPHONE (Include Area Code) ████████

ZIP CODE 32952  TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)  YES  X NO

a. INSURED'S DATE OF BIRTH  SEX
02 22 1952  M  F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  X YES  NO  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16  QUAL. 431

15. Other Date  MM DD YY
QUAL. 454  09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM       TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM       TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 02 22 17 | 02 22 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | | CH5729 NPI 1548284367 |
| 2 02 22 17 | 02 22 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | | CH5729 NPI 1548284367 |
| 3 02 22 17 | 02 22 17 | 11 | | 97110 | 59 | IJK | 60.00 | 1 | | | CH5729 NPI 1548284367 |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592901340  X

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$170.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  02/23/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0621710181

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLKLUNG ☐ OTHER ☒
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 034315472

2. PATIENT'S NAME: Hestad, Cary
3. PATIENT'S BIRTH DATE: SEX F ☒
4. INSURED'S NAME: Hestad, Cary

5. PATIENT'S ADDRESS: 165 Walter Court
CITY: Merritt Island  STATE: FL
ZIP CODE: 32952
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS: 165 Walter Court
CITY: Merritt Island  STATE: FL
ZIP CODE: 32952  TELEPHONE: (321) 453 8167

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME: Hestad, Cary
a. OTHER INSURED'S POLICY OR GROUP NUMBER: XJJH53392339
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES ☐ NO ☒
b. AUTO ACCIDENT? YES ☒ NO ☐  PLACE (State) FL
c. OTHER ACCIDENT? YES ☐ NO ☒
10d. CLAIM CODES

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: 02 22 1952  SEX M ☐ F ☒
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☒ NO ☐

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 09 04 16  QUAL 431
15. OTHER DATE: QUAL 454  09 16 16
16. DATES PATIENT UNABLE TO WORK: FROM   TO

17. NAME OF REFERRING PROVIDER: 17a. 17b. NPI
18. HOSPITALIZATION DATES: FROM   TO

19. ADDITIONAL CLAIM INFORMATION
20. OUTSIDE LAB? YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. 0
A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G14209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D

22. RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From–To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS/UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 16 17 02 16 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI CH5729 | 1548284367 |
| 02 16 17 02 16 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI CH5729 | 1548284367 |
| 02 16 17 02 16 17 | 11 | | 97110 | 59 | IJ | 60.00 | 1 | | NPI CH5729 | 1548284367 |

25. FEDERAL TAX I.D. NUMBER: 592901340  EIN ☒
26. PATIENT'S ACCOUNT NO.: 41994448
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $170.00
29. AMOUNT PAID: $0.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Traven, Robert W  SIGNED 02/23/2017
32. SERVICE FACILITY LOCATION:
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367
33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0621710181

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| **1. MEDICARE** (Medicare #) ☐  **MEDICAID** (Medicaid #) ☐  **TRICARE** (ID#/DoD#) ☐  **CHAMPVA** (Member ID#) ☐  **GROUP HEALTH PLAN** (ID#) ☐  **FECA BLKLUNG** (ID#) ☐  **OTHER** (ID#) ☒ | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 034315472 |
| **2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **4. INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary |
| **3. PATIENT'S BIRTH DATE** MM DD YY   **SEX** M ☐ F ☒ | |
| **5. PATIENT'S ADDRESS** (No., Street) 165 Walter Court | **7. INSURED'S ADDRESS** (No., Street) 165 Walter Court |
| **6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐ | |
| **CITY** Merritt Island  **STATE** FL | **CITY** Merritt Island  **STATE** FL |
| **8. RESERVED FOR NUCC USE** | |
| **ZIP CODE** 32952  **TELEPHONE** (Include Area Code) | **ZIP CODE** 32952  **TELEPHONE** (Include Area Code) (321) 453 8167 |
| **9. OTHER INSURED'S NAME** (Last, First, Middle Initial) Hestad, Cary | **11. INSURED'S POLICY GROUP OR FECA NUMBER** |
| **a. OTHER INSURED'S POLICY OR GROUP NUMBER** XJJH53392339 | **a. INSURED'S DATE OF BIRTH** MM DD YY 02 22 1952  **SEX** M ☐ F ☒ |
| **10. IS PATIENT'S CONDITION RELATED TO:** | |
| **b. RESERVED FOR NUCC USE** | **a. EMPLOYMENT?** (Current or Previous) ☐ YES ☒ NO |
| | **b. OTHER CLAIM ID** (Designated by NUCC) |
| **c. RESERVED FOR NUCC USE** | **b. AUTO ACCIDENT?** ☒ YES ☐ NO  **PLACE (State)** FL |
| | **c. INSURANCE PLAN NAME OR PROGRAM NAME** |
| **c. OTHER ACCIDENT?** ☐ YES ☒ NO | |
| **d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. CLAIM CODES** (Designated by NUCC) | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☒ YES ☐ NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

| | |
|---|---|
| **14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY** (LMP) 09 04 16  QUAL. 431 | **15. Other Date** MM DD YY  QUAL. 454  09 16 16 | **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM  TO |
| **17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a.  17b. NPI | **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM  TO |
| **19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC) | **20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES |

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate A-L to service line below (24E)) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24.A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CH5729 |
| 02 13 17  02 13 17 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 02 13 17  02 13 17 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 02 13 17  02 13 17 | 11 | | 97110  59 | IJ | 60.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

| | | | |
|---|---|---|---|
| **25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒ 592901340 | **26. PATIENT'S ACCOUNT NO.** 41994448 | **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO | **28. TOTAL CHARGE** $170.00  **29. AMOUNT PAID** $0.00  **30. Rsvd for NUCC use** |
| **31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Traven, Robert W  SIGNED 02/23/2017  DATE | **32. SERVICE FACILITY LOCATION INFORMATION** Robert Traven DC  950 N Courtenay Pkwy  Merritt Island, FL 32953-4501  a.  b. | **33. BILLING PROVIDER INFO & PH#** (321) 453 6126  Robert Traven DC  950 N COURTENAY PKWY  MERRITT ISLAND, FL 32953-4501  a. 1548284367  b. | |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0621710181

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Hestad, Cary | MM DD YY | M☐ F☒ | Hestad, Cary |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 165 Walter Court | Self ☒ Spouse ☐ Child ☐ Other ☐ | 165 Walter Court |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| Merritt Island | FL | | Merritt Island | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 32952 | | 32952 | (321) 453 8167 |

| 9. OTHER INSURED'S NAME (Last, First, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Hestad, Cary | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| XJJH53392339 | YES ☐ NO ☒ | MM DD YY 02 22 1952 | M☐ F☒ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? | PLACE(State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|---|
| | YES ☒ NO ☐ | FL | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES ☐ NO ☒ | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | X YES ☐ NO   If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. Other Date | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 09 04 16  QUAL. 431 | QUAL. 454  MM DD YY 09 16 16 | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?  YES ☐ NO ☒  $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
|---|---|---|---|
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 02 | 09 | 17 | 02 | 09 | 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

| 25. FEDERAL TAX I.D. NUMBER | SSN | EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|---|---|
| 592901340 | | X | 41994448 | X YES ☐ NO | $180.00 | $0.00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH# (321) 453 6126 |
|---|---|---|
| Traven, Robert W SIGNED 02/23/2017  DATE | Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501 | Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501 |
| | a.  b. | a. 1548284367  b. |

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION / PHYSICIAN OR SUPPLIER INFORMATION

RM0621710881

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | | |
|---|---|---|---|
| **1. MEDICARE** (Medicare #) | **MEDICAID** (Medicaid #) | **TRICARE** (ID#/DoD#) | **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLKLUNG** (ID#) **OTHER** [X] (ID#) |

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
034315472

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**3. PATIENT'S BIRTH DATE** SEX F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**5. PATIENT'S ADDRESS (No., Street)**
165 Walter Court

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
165 Walter Court

**CITY** Merritt Island **STATE** FL

**8. RESERVED FOR NUCC USE**

**CITY** Merritt Island **STATE** FL

**ZIP CODE** 32952 **TELEPHONE (Include Area Code)**

**ZIP CODE** 32952 **TELEPHONE (Include Area Code)** (321) 453 8167

**9. OTHER INSURED'S NAME (Last, First, Middle Initial)**
Hestad, Cary

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY 02 22 1952 SEX M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [X] NO [ ] PLACE (State) FL

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [X] NO [ ] If yes, complete items 9, 9a and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE** DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 09 04 16 QUAL. 431

**15. Other Date** MM DD YY QUAL. 454 09 16 16

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X] $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0**

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CH5729 |
| 2 02 06 17 02 06 17 11 | | | G0283 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 3 02 06 17 02 06 17 11 | | | G0283 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 4 02 06 17 02 06 17 11 | | | 97010 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 5 02 06 17 02 06 17 11 | | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 6 02 06 17 02 06 17 11 | | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 02 06 17 02 06 17 11 | | | 98943 51 | G | 40.00 | 1 | | NPI | 1548284367 |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN [X]
592901340

**26. PATIENT'S ACCOUNT NO.**
41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $180.00

**29. AMOUNT PAID** $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 02/23/2017 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. b.

**33. BILLING PROVIDER INFO & PH #** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0621710181

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX   F  X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY   Merritt Island   STATE FL

8. RESERVED FOR NUCC USE

CITY   Merritt Island   STATE FL

ZIP CODE   32952   TELEPHONE (Include Area Code)

ZIP CODE   32952   TELEPHONE (Include Area Code)  (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   YES  X NO

a. INSURED'S DATE OF BIRTH   MM DD YY  02 22 1952   SEX  M  F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   X YES  NO  PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16   QUAL 431

15. Other Date   MM DD YY  QUAL 454  09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   FROM   MM DD YY   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   FROM   MM DD YY   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| 2 | 02 03 17 | | 02 03 17 | | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| 3 | 02 03 17 | | 02 03 17 | | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| 4 | 02 03 17 | | 02 03 17 | | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| 5 | 02 03 17 | | 02 03 17 | | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| 6 | 02 03 17 | | 02 03 17 | | 11 | | 98941 | | ABK | 70.00 | 1 | | | CH5729 |
| | | | | | | | | | | | | | NPI | 1548284367 |
| | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
592901340   X

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$140.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W.
SIGNED  02/23/2017   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)



RM0611709482

LIBERTY MUTUAL GENERAL INS
PO BOX 1052
MONTGOMERYVILLE, PA    18936

|  | X | 32508388 |
|---|---|---|

HESTAD, CARY                                    X    SAME

165 WALTER CT                    X              SAME

MERRITT ISLAND              FL                  SAME

32952          3                               SAME

                                    X              02  22  1952          X

                    X

                                    X          LIBERTY MUTUAL GENERAL INS

                                                        X

        SIGNATURE ON FILE              09122016              SIGNATURE ON FILE

09  04  2016      431            439    09  04  2016

DN    LEON COHEN                1558329607

                                                        X

    M25.50                                0

09  12  16  09  12  16  11        99213                    A        105.00  1              1558329607

592855683              X        27499              X              105.00        0.00

                                                        Nancy Barnhouse ARNP  321 4533420
                                                        LEON A COHEN MD
LEON A COHEN MD MD              LEON A COHEN MD PA
Nancy Barnhouse ARNP           375 S COURTENAY PKWY SUITE 1        375 S COURTENEY PRKY STE 1
ME50207                        MERRITT ISLAND FL    329524868      MERRITT ISLAND FL    329524868
    ARNP 9169770  10 13 2016                                       1558329607      ARNP 9169770

 LIBERTY MUTUAL GENERAL INS
PO BOX 1052
MONTGOMERYVILLE, PA   18936

                                        X        034315472

HESTAD, CARY                            ███████X    SAME

165 WALTER CT                           ███X        SAME

MERRITT ISLAND            FL                          SAME

32952          █████████                             SAME

                                    X            02 22 1952                    X

                            X

                                    X            LIBERTY MUTUAL GENERAL INS

                                                      X

        SIGNATURE ON FILE              09122016          SIGNATURE ON FILE

09  04  2016      431              439    09 04 2016

DN   LEON COHEN                    1558329607

                                                      X

                                              0
   M54.9          G47.00          M46.1      M79.1

11  02  16  11  02  16  11        99213    25        ABC        105.00  1        1558329607

11  02  16  11  02  16  11        20610              C          115.00  1        1558329607

11  02  16  11  02  16  11        20550              D          126.00  1        1558329607
N463323016501    UN 2.0
11  02  16  11  02  16  11        J1100              DC          92.00  2        1558329607

592855683              X     27499          X                    438.00        0.00
                                                                        321 4533420
                            LEON A COHEN MD PA              LEON A COHEN MD
                            375 S COURTENAY PKWY SUITE 1    375 S COURTENEY PRKY STE 1
LEON A COHEN MD MD          MERRITT ISLAND FL   329524868   MERRITT ISLAND  FL   329524868
ME50207
 mE 50207      12 15 2016                                   1558329607    ME50207

LIBERTY MUTUAL GENERAL INS
PO BOX 1052
MONTGOMERYVILLE, PA   18936

X        034315472

HESTAD, CARY  L                                    X     SAME

165 WALTER CT                            X              SAME

MERRITT ISLAND                FL                        SAME

32952                                                   SAME

X              02  22  1952                    X

X

X              LIBERTY MUTUAL GENERAL INS

X

SIGNATURE ON FILE              09122016              SIGNATURE ON FILE

09  04  2016      431              439   09  04  2016

DN   LEON COHEN              1558329607

X

Z01.818        R94.31        I10        0
                                        E78.9

| 01 17 17 | 01 17 17 | 11 | 99215 | A    | 185.00 1 | 1558329607 |
|----------|----------|----|-------|------|----------|------------|
| 01 17 17 | 01 17 17 | 11 | 93000 | AB   | 76.00 1  | 1558329607 |
| 01 17 17 | 01 17 17 | 11 | 82044 | AC   | 31.00 1  | 1558329607 |
| 01 17 17 | 01 17 17 | 11 | 82570 | AC   | 20.00 1  | 1558329607 |
| 01 17 17 | 01 17 17 | 11 | 81001 | A    | 31.00 1  | 1558329607 |
| 01 19 17 | 01 19 17 | 11 | 99215 | ABDC | 185.00 1 | 1558329607 |

592855683          X    27499        X              528.00      0.00
                                                                321 4533420

                    LEON A COHEN MD PA              LEON A COHEN MD
                    375 S COURTENAY PKWY SUITE 1    375 S COURTENEY PRKY STE 1
LEON A COHEN MD MD  MERRITT ISLAND FL    329524868  MERRITT ISLAND FL    329524868
ME50207        02 05 2017                           1558329607    M E 50207

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CLAIM# 034315472**

| | |
|---|---|
| **1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER**<br>☐ (Medicare#)  ☐ (Medicaid#)  ☐ (ID#/DoD#)  ☐ (Member ID#)  ☐ (ID#)  ☐ (ID#)  ☒ (ID#) | **1a. INSURED'S I.D. NUMBER**   (For Program In Item 1)<br>29944961 |

| | | |
|---|---|---|
| **2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**<br>HESTAD, CARY | **3. PATIENT'S BIRTH DATE**   MM   DD   YY   **SEX**<br>☐ M   ☒ F | **4. INSURED'S NAME (Last Name, First Name, Middle Initial)**<br>HESTAD, CARY |
| **5. PATIENT'S ADDRESS (No., Street)**<br>165 WALTER CT | **6.** ☐ ■■■■■ O INSURED<br>Se■ ■■■■■■ ☐ Other ☐ | **7. INSURED'S ADDRESS (No., Street)**<br>165 WALTER CT |
| **CITY**<br>MERRITT ISLAND   **STATE** FL | **8. RESERVED FOR NUCC USE** | **CITY**<br>MERRITT ISLAND   **STATE** FL |
| **ZIP CODE** 32952-2635   **TELEPHONE (Include Area Code)** | | **ZIP CODE** 32952-2635   **TELEPHONE (Include Area Code)** ( ) - |

| | | |
|---|---|---|
| **9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)** | **10. IS PATIENT'S CONDITION RELATED TO:** | **11. INSURED'S POLICY GROUP OR FECA NUMBER** |
| **a. OTHER INSURED'S POLICY OR GROUP NUMBER** | a. EMPLOYMENT? (CURRENT OR PREVIOUS)<br>☐ YES   ☒ NO | **a. INSURED'S DATE OF BIRTH**   **SEX**<br>MM   DD   YY   M ☐   F ☐ |
| **b. RESERVED FOR NUCC USE** | b. AUTO ACCIDENT?   PLACE (State)<br>☒ YES   ☐ NO   FL | **b. OTHER CLAIM ID (Designated by NUCC)** |
| **c. RESERVED FOR NUCC USE** | c. OTHER ACCIDENT?<br>☐ YES   ☒ NO | **c. INSURANCE PLAN NAME OR PROGRAM NAME** |
| **d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. CLAIM CODES (Designated by NUCC)** | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**<br>☐ Yes  ☐ No   If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATED   02/27/17

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| | | |
|---|---|---|
| **14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**<br>MM 9  DD 4  YY 2016   QUAL. 431 | **15. OTHER DATE**<br>QUAL. 439   MM 9  DD 4  YY 2016 | **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**<br>MM DD YY   FROM   MM DD YY   TO |
| **17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**<br>KOLODCHAK MD, JENNIFER | 17a.   ME107844<br>17b. NPI   1942276985 | **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**<br>MM DD YY   FROM   MM DD YY   TO |
| **19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)** | | **20. OUTSIDE LAB?**   **$ CHARGES**<br>☐ Yes   ☐ No |
| **21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E).   ICD Ind. 0 | | **22. RESUBMISSION CODE**   **ORIGINAL REF. NO.** |
| A. S39.012A   B. V43.52XA   C. M54.5   D.<br>E.   F.   G.   H.<br>I.   J.   K.   L. | | **23. PRIOR AUTHORIZATION NUMBER** |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1  9 | 4 | 16 | 9 | 4 | 16 | 23 | Y | 99284 | | A | 1429 | 00 | 1 | | NPI | 1942276985 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

| | | | | |
|---|---|---|---|---|
| **25. FEDERAL TAX I.D. NUMBER**   SSN   EIN<br>811953014   ☐   ☒ | **26. PATIENT'S ACCOUNT NO.**<br>29944961 | **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)<br>☒ YES   ☐ NO | **28. TOTAL CHARGE**<br>$1429  00 | **29. AMOUNT PAID**<br>$0  00   **30. Rsvd for NUCC Use** |
| **31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)<br>KOLODCHAK MD, JENNIFER<br>SIGNED   SIGNATURE ON FILE   DATE 02/27/17 | **32. SERVICE FACILITY LOCATION INFORMATION**<br>WUESTHOFF MED CTR ROCKLEDGE<br>110 LONGWOOD AVE<br>ROCKLEDGE, FL-329552828<br>a. 1619962917   b. | **33. BILLING PROVIDER INFO & PH # ( )**<br>ROCKLEDGE EMERGENCY GROUP LLC<br>PO BOX 731587<br>DALLAS TX, 753731587<br>a. 1163   b. | | |



RM0581714679

LIBERTY MUTUAL/CLMS
PO BOX 1052
MONTGOMERYVILLE PA   18936

                                          X     034315472

HESTAD, CARY                        X   HESTAD, CARY

165 WALTER CT                           165 WALTER CT

MERRITT ISLAND          FL              MERRITT ISLAND          FL

32952                                   32952          321 4538167

                              X              02 22 1952          X

                    X

                              X     LIBERTY MUTUAL/CLMS

                                          X

     SIGNATURE ON FILE         01 25 2017        SIGNATURE ON FILE

 09 04 16      431

DN ZIEGLER, BRIAN S.        1932189743        01 25 17    01 25 17

                                          X

 G5601        M65331

                              0

NEUROPLASTY &/OR TRANSPO: MEDIAN CARPAL TUNNEL              G2 593245868
01 25 17 01 25 17 24    01810  AA  P2 QS    A    889 00 050    1871534347
UNITS    3. BASIC
         4. TIME (50) MIN START: 10:56  STOP: 11:46
         7. TOTAL UNITS

 593245868        X   611005470    X              889 00    0 00
                                                           517 787-7438
                    MERRITT ISLAND SURG CTR    CENTRAL BREVARD ANES PA
                    220 N SYKES CREEK PKWY STE PO BOX 919370
MCMILLAN, DONALD W.    MERRITT ISLAND FL 32953-3490ORLANDO FL 32891-9370
   MD       02/10/17  1437112455              1205875671

 GR    PAYMENT IS DUE AND APPRECIATED UPON RECEIPT. - THANK YOU    CBAA-17709

RM0371714174

*OP REPORT ATTACHED* (handwritten)

RM0371714174

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

LIBERTY MUTUAL AUTO
PO BOX 1052

MONTGOMERYVILLE PA  18936

AOS2581662164058

HESTAD CARY L                              X    HESTAD CARY L

165 WALTER COURT                               165 WALTER COURT

MERRITT ISLAND          FL                      MERRITT ISLAND          FL

32952                                          32952        ( 321 ) 4538167

HESTAD CARY L                                  CLAIM 034315472 0002

XJJH53392339                    X              02 22 1952              X

                         X        FL

                         X        LIBERTY MUTUAL AUTO

BCBS PPO                          X

        SIGNATURE ON FILE            01 30 17        SIGNATURE ON FILE

09 04 16        431          439    09 04 16

DN   BRIAN S ZIEGLER MDPA        1932189743

                                            X                0 00

    G5601        M65331                  0

                                                   G2 ME0073105
                                                      1932189743
01 25 17  01 25 17  24    64721   RT        A    1265 00 1
                                                   G2 ME0073105
01 25 17  01 25 17  24    26055   F7        B    1225 00 1    1932189743

593589384        X    010P255120    X              2490 00        0 00
                                                            321 6392551
                 BRIAN S ZIEGLER MDPA        BRIAN S ZIEGLER MDPA
ME0073105        830 EXECUTIVE LN STE 120    830 EXECUTIVE LANE STE 120
BRIAN S ZIEGLER MDPA  ROCKLEDGE FL  32955-3595  ROCKLEDGE FL  32955-3595
*Brian Ziegler MDPA* (signature)  1932189743  G2 593589384    1003084351  G2ME0073105

RM0341708352

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  SEX  M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island  STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island  STATE: FL

ZIP CODE: 32952  TELEPHONE (Include Area Code)

ZIP CODE: 32952  TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  MM 02 DD 22 YY 1952  SEX  M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16  QUAL. 431

15. Other Date  QUAL. 454  MM 09 DD 16 YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE    ORIGINAL REF. NO.

A. LS138XXD  B. LS161XXD  C. IM9901  D. IM542
E. IG44209  F. IM9902  G. IM9908  H. IM546
I. IM9903  J. IM9904  K. LS39002D  L.

23. PRIOR AUTHORIZATION NUMBER

PHYSICIAN OR SUPPLIER INFORMATION

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | CH5729 | |
| 2 | 01 23 17 | | | 01 23 17 | | | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | CH5729 | |
| 3 | 01 23 17 | | | 01 23 17 | | | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | CH5729 | |
| 4 | 01 23 17 | | | 01 23 17 | | | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | CH5729 | |
| 5 | 01 23 17 | | | 01 23 17 | | | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | CH5729 | |
| 6 | 01 23 17 | | | 01 23 17 | | | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | | | CH5729 | |
| | 01 23 17 | | | 01 23 17 | | | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592901340  ☒

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE  $180.00

29. AMOUNT PAID  $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
TRAVEN, ROBERT M
SIGNED  01/23/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0341708352

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1. MEDICARE** | **MEDICAID** | **TRICARE** | **CHAMPVA** | **GROUP HEALTH PLAN** | **FECA BLKLUNG** | **OTHER** | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) |
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**3. PATIENT'S BIRTH DATE** SEX  F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**5. PATIENT'S ADDRESS (No., Street)**
165 Walter Court

CITY Merritt Island   STATE FL
ZIP CODE 32952   TELEPHONE (Include Area Code)

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**8. RESERVED FOR NUCC USE**

**7. INSURED'S ADDRESS (No., Street)**
165 Walter Court

CITY Merritt Island   STATE FL
ZIP CODE 32952   TELEPHONE (Include Area Code) (321) 453 8167

**9. OTHER INSURED'S NAME (Last)**
Hestad, Cary

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

**10. IS PATIENT'S CONDITION RELATED TO:**

a. EMPLOYMENT? (Current or Previous)
YES [ ]  [X] NO

b. AUTO ACCIDENT?
[X] YES  NO [ ]   PLACE (State) FL

c. OTHER ACCIDENT?
YES [ ]  [X] NO

10d. CLAIM CODES (Designated by NUCC)

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

a. INSURED'S DATE OF BIRTH
MM 02 DD 22 YY 1952   SEX M [ ] F [X]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO [ ]   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 09 04 16  QUAL. 431

**15. Other Date** MM 09 DD 16 YY 16  QUAL. 454

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM    TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM    TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  YES [ ]  [X] NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)** ICD Ind.
A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From / To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 18 17 | 01 18 17 | | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 18 17 | 01 18 17 | | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 18 17 | 01 18 17 | | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 18 17 | 01 18 17 | | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 18 17 | 01 18 17 | | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 01 18 17 | 01 18 17 | | 11 | | 98943 | 51 | G | 40.00 | 1 | | | CH5729 |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
592901340   [X]

**26. PATIENT'S ACCOUNT NO.**
41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
[X] YES  NO [ ]

**28. TOTAL CHARGE** $180.00

**29. AMOUNT PAID** $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/23/2017   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.    b.

**33. BILLING PROVIDER INFO & PH#** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953 4501
a. 1548284367

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0341708352

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**3. PATIENT'S BIRTH DATE** ▓▓▓▓▓ **SEX** F X

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**5. PATIENT'S ADDRESS (No., Street)**
165 Walter Court

**6. PATIENT RELATIONSHIP TO INSURED**
Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
165 Walter Court

| CITY Merritt Island | STATE FL | 8. RESERVED FOR NUCC USE | CITY Merritt Island | STATE FL |
|---|---|---|---|---|

| ZIP CODE 32952 | TELEPHONE (Include Area Code) ▓▓▓▓ | | ZIP CODE 32952 | TELEPHONE (Include Area Code) (321) 453 8167 |
|---|---|---|---|---|

**9. OTHER INSURED'S NAME (Last, First, Middle Initial)**
Hestad, Cary

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

**a. EMPLOYMENT? (Current or Previous)** YES  X NO

**a. INSURED'S DATE OF BIRTH** MM 02 DD 22 YY 1952  **SEX** M  F X

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** X YES  NO  **PLACE (State)** FL

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES  X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** X YES  NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 09 04 16  QUAL. 431

**15. Other Date** MM 09 DD 16 YY 16  QUAL. 454

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM  TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES  X NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0**

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
|---|---|---|---|
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

**22. RESUBMISSION CODE** / ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2 | 01 16 17  01 16 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 3 | 01 16 17  01 16 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 4 | 01 16 17  01 16 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 5 | 01 16 17  01 16 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 6 | 01 16 17  01 16 17 | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| | 01 16 17  01 16 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

**25. FEDERAL TAX I.D. NUMBER** 592901340  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.** 41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) X YES  NO

**28. TOTAL CHARGE** $180.00

**29. AMOUNT PAID** $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven Robert W
SIGNED 01/23/2017  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

**33. BILLING PROVIDER INFO & PH#** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

RM0341708352

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX
0  M  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY   Merritt Island   STATE FL

8. RESERVED FOR NUCC USE

CITY   Merritt Island   STATE FL

ZIP CODE 32952   TELEPHONE (Include Area Code)

ZIP CODE 32952   TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [X] NO

a. INSURED'S DATE OF BIRTH   SEX
02 22 1952   M  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[X] YES  NO  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date  QUAL. 454  09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| 2 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| 3 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| 4 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| 5 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| 6 | | | | | | | | | CH5729 |
| 01 13 17  01 13 17 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
592901340  [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE   $180.00

29. AMOUNT PAID   $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/13/2017   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953 4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0341708352

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

SEX: M☐ F☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**5. PATIENT'S ADDRESS (No., Street)**
165 Walter Court

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**
165 Walter Court

CITY: Merritt Island   STATE: FL

**8. RESERVED FOR NUCC USE**

CITY: Merritt Island   STATE: FL

ZIP CODE: 32952

ZIP CODE: 32952   TELEPHONE (Include Area Code): (321) 453 8167

**9. OTHER INSURED'S NAME (Last, First, Middle Initial)**
Hestad, Cary

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

a. EMPLOYMENT? (Current or Previous) YES☐ NO[X]

a. INSURED'S DATE OF BIRTH   MM 02 DD 22 YY 1952   SEX M☐ F[X]

**b. RESERVED FOR NUCC USE**

b. AUTO ACCIDENT? YES[X] NO☐  PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

c. OTHER ACCIDENT? YES☐ NO[X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES  NO☐  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  09 04 16  QUAL. 431

**15. Other Date**  QUAL. 454  MM 09 DD 16 YY 16

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY   TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY   TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES☐ NO[X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind.** 0

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 11 17 | 01 11 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17 | 01 11 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17 | 01 11 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17 | 01 11 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17 | 01 11 17 | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17 | 01 11 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

**25. FEDERAL TAX I.D. NUMBER**  592901340  SSN☐ EIN[X]

**26. PATIENT'S ACCOUNT NO.**  41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES[X] NO☐

**28. TOTAL CHARGE**  $180.00

**29. AMOUNT PAID**  $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W
SIGNED 01/12/2017   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

**33. BILLING PROVIDER INFO & PH #** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0341708352

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE    SEX
[redacted]    M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island    STATE FL

8. RESERVED FOR NUCC USE

CITY Merritt Island    STATE FL

ZIP CODE 32952    TELEPHONE (Include Area Code) [redacted]

ZIP CODE 32952    TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH    SEX
MM 02  DD 22  YY 1952    M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [X]  NO [ ]  PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  [ ] NO    If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16    QUAL. 431
15. Other Date QUAL. 454    MM 09  DD 16  YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES [ ]  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD    B. S161XXD    C. M9901    D. M542
E. G44209    F. M9902    G. M9908    H. M546
I. M9903    J. M9904    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| 2 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| 3 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| 4 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| 5 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 |
| 6 | | | | | | | | | | | CH5729 |
| 01 09 17 | 01 09 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN
592901340    [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT?
YES [X]  NO [ ]

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED Traven, Robert W    DATE 01/12/2017

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.    b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367    b.

LIBERTY MUTUAL (AUTO)

P.O. BOX 1052

MONTGOMERYVILLE, PA  18936

X                                      034315472

HESTAD, CARY                                    X        SAME

165 WALTER COURT                      X                  SAME

MERRITT ISLAND                  FL

32952

HESTAD, ARNE

XJJH53392339                             X              02 22 1952           X

                                 X          FL

                                 X

BCBS OF FL (PPO)                                    X

        Signature On File              01 25 2017           Signature on File

        09 04 2016        431

DN     Ziegler, Brian S           1932189743

                                        0

    M65.331           G56.01

01 25 2017    01 25 2017    24    26055    RT          A      8432.00    1
01 25 2017    01 25 2017    24    64721    RT          B      9528.00    1

752516426           X       A51780V1P521        X              17960.00        261.45
                                                                      (321) 459-0015
                            Merritt Island Surgery Center   (321) 459-0015   Merritt Island Surgery Center
                            220 N Sykes Creek Pkwy #101                       220 N Sykes Creek Pkwy #101
                  01302017   Merritt Island, FL  32953                        Merritt Island, FL  32953
   Signature On File              1437112455                                  1437112455

```
WUESTHOFF MED CENTER ROCK   UM0231735501 CENTER ROCK        1833384
110 LONGWOOD AVE                  PO BOX 741273                0001596456                    0131
ROCKLEDGE FL 329552828            ATLANTA GA 30374-1273        0000
8664812553                                                273142075  011017  011017
                                              165 WALTER CT
  HESTAD CARY                            MERRITT IS                        FL   32952

02221952   F   011017 14 3    1   14  01

02 090416


  HESTAD CARY                              45         1200
  165 WALTER CT

 MERRITT IS FL 32952

0730   ELECTROCARDIOGRAM, TRACI      93005            011017         1      29174
```

```
0001         1       1                        011417              29174        000
                                                                1619962917
LIBERTY MUTUAL AUTO          999990000      Y   Y        000       29174   273142075
BLUE CROSS FLORIDA PPO       999990002      Y   Y        000       000
                                                        000       000

HESTAD CARY                  18 AOS2581662164058    LIBERTY MUTUAL     LIBERTY MUTUAL AU
HESTAD CARY                  01 XJJH53392339        BLUE CROSS FLO     BLUE CROSS FLORID
                             00

034315472


  Z01810
0
    Z01810          Z01810
                                                    1932189743      0BME007310
                                               ZIEGLER             BRIAN


                          B3 282N00000X
LIBERTY MUTUAL AUTO       B2 M
P O BOX 1052
MONTGOMERYVILL PA 18936
```

RM0181712367

**Liberty Mutual Insurance**

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE ▓▓ ▓▓ ▓▓   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL
8. RESERVED FOR NUCC USE

CITY: Merritt Island    STATE: FL

ZIP CODE: 32952    TELEPHONE (Include Area Code)

ZIP CODE: 32952    TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) YES ☐ NO X

a. INSURED'S DATE OF BIRTH MM 02 DD 22 YY 1952    SEX M ☐ F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES X NO ☐ PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES X NO ☐ If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16    QUAL. 431

15. OTHER DATE QUAL. 454    MM 09 DD 16 YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE    17a.    17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO X    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE    ORIGINAL REF. NO.

A. S138XXD    B. S161XXD    C. M9901    D. M542
E. G44209    F. M9902    G. M9908    H. M546
I. M9903    J. M9904    K. S39002D    L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | CH5729 |
| 2  12 28 16  12 28 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 3  12 28 16  12 28 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 4  12 28 16  12 28 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 5  12 28 16  12 28 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 6  12 28 16  12 28 16 | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 12 28 16  12 28 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN X
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO ☐

28. TOTAL CHARGE
$ 180.00

29. AMOUNT PAID
$ 0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/09/2017    DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

a.    b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501

a. 1548284367    b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER    PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION



RM0181712367

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE — SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL
ZIP CODE: 32952

6. PATIENT RELATIONSHIP TO INSURED

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL
ZIP CODE: 32952
TELEPHONE (Include Area Code): (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous)   YES   [X] NO

b. AUTO ACCIDENT?   [X] YES   NO   PLACE (State) FL

c. OTHER ACCIDENT?   YES   [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH: 02 22 1952   SEX: M   F [X]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   [X] YES   NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16   QUAL. 431
15. Other Date QUAL. 454   MM 09 DD 16 YY 16
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES   [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 04 17 | 01 04 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 04 17 | 01 04 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 01 04 17 | 01 04 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 04 17 | 01 04 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 01 04 17 | 01 04 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 01 04 17 | 01 04 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER   592901340   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.   41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   [X] YES   NO

28. TOTAL CHARGE   $180.00

29. AMOUNT PAID   $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/09/2017   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

RM0181712367

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE / SEX: M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island    STATE: FL

ZIP CODE: 32952
TELEPHONE (Include Area Code)

ZIP CODE: 32952
TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH 02 22 1952 / SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☐ NO ☒  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☒ NO ☐  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date QUAL. 454  MM DD YY 09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE        ORIGINAL REF. NO.

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209    F. M9902     G. M9908   H. M546
I. M9903     J. M9904     K. S39002D  L.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2  12 22 16  12 22 16 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3  12 22 16  12 22 16 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4  12 22 16  12 22 16 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5  12 22 16  12 22 16 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6  12 22 16  12 22 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
|    12 22 16  12 22 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
592901340  ☒

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/09/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367  b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0181712367

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | |
|---|---|---|
| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE (ID#/DoD#) |

CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#)  FECA BLKLUNG (ID#)  OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE    SEX    M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island    STATE: FL

ZIP CODE: 32952    TELEPHONE (Include Area Code): (32_ _

ZIP CODE: 32952    TELEPHONE (Include Area Code): (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH
MM 02  DD 22  YY 1952    SEX  M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES [X]  NO [ ]    PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X]  NO [ ]  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16  QUAL. 431

15. Other Date  QUAL. 454    MM 09  DD 16  YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ]  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2  12 16 16 | 12 16 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 3  12 16 16 | 12 16 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 4  12 16 16 | 12 16 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 5  12 16 16 | 12 16 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 6  12 16 16 | 12 16 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 12 16 16 | 12 16 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
592901340    [X] EIN

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  01/09/2017    DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367    b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367    b.

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0181712367

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER**

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | 034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| Hestad, Cary | MM DD YY  M☐ F[X] | Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| 165 Walter Court | Self[X] Spouse☐ Child☐ Other☐ | 165 Walter Court |
| CITY  STATE | 8. RESERVED FOR NUCC USE | CITY  STATE |
| Merritt Island  FL | | Merritt Island  FL |
| ZIP CODE  TELEPHONE (Include Area Code) | | ZIP CODE  TELEPHONE (Include Area Code) |
| 32952 | | 32952  (321) 453 8167 |
| 9. OTHER INSURED'S NAME (Last, First, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| Hestad, Cary | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH  SEX |
| XJJH53392339 | YES☐ [X]NO | MM DD YY |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  PLACE(State) | 02 22 1952  M☐ F[X] |
| | [X]YES  NO☐  FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | YES☐ [X]NO | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| | | [X]YES  NO☐  If yes, complete items 9, 9a and 9d. |

**PATIENT AND INSURED INFORMATION**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16  QUAL. 431

15. Other Date  QUAL. 454  MM DD YY  09 16 16

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

20. OUTSIDE LAB?  YES☐ [X]NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From  To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| MM DD YY  MM DD YY | | | | | | | | | |
| 1 | | | | | | | | | |
| 2  01 11 17  01 11 17 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3  01 11 17  01 11 17 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4  01 11 17  01 11 17 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5  01 11 17  01 11 17 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6  01 11 17  01 11 17 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 01 11 17  01 11 17 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

**PHYSICIAN OR SUPPLIER INFORMATION**

| | | | | |
|---|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER  SSN  EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID  30. Rsvd for NUCC use |
| 592901340  [X] | 41994448 | [X]YES  NO☐ | $180.00 | $0.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W
SIGNED 01/12/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION

Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

a. b.

33. BILLING PROVIDER INFO & PH#  (321) 453 6126

Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501

a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM0181712367

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

↑ ← CARRIER → ↓

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX
MM DD YY   ☐ M   F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island   STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island   STATE: FL

ZIP CODE: 32952   TELEPHONE (Include Area Code)

ZIP CODE: 32952   TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   ☐ YES   ☒ NO

a. INSURED'S DATE OF BIRTH   SEX
MM DD YY
02 22 1952   M ☐   F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☒ YES   ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐ YES   ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES   ☐ NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16   QUAL. 431

15. Other Date   MM DD YY
QUAL. 454   09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐ YES   ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
|---|---|---|---|
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2  01 09 17 | 01 09 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 / CH5729 |
| 3  01 09 17 | 01 09 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 / CH5729 |
| 4  01 09 17 | 01 09 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 / CH5729 |
| 5  01 09 17 | 01 09 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 / CH5729 |
| 6  01 09 17 | 01 09 17 | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | 1548284367 / CH5729 |
|    01 09 17 | 01 09 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
592901340   ☒

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES   ☐ NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W
SIGNED  01/12/2017   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

↑ PATIENT AND INSURED INFORMATION → PHYSICIAN OR SUPPLIER INFORMATION ↓

RM0181712367

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | |
|---|---|---|
| **1. MEDICARE** (Medicare #) **MEDICAID** (Medicaid #) **TRICARE** (ID#/DoD#) **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLKLUNG** (ID#) **OTHER** [X] (ID#) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 034315472 | |
| **2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **3. PATIENT'S BIRTH DATE** MM DD YY **SEX** F [X] | **4. INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary |
| **5. PATIENT'S ADDRESS** (No., Street) 165 Walter Court | **6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse Child Other | **7. INSURED'S ADDRESS** (No., Street) 165 Walter Court |
| **CITY** Merritt Island **STATE** FL | **8. RESERVED FOR NUCC USE** | **CITY** Merritt Island **STATE** FL |
| **ZIP CODE** 32952 **TELEPHONE** (Include Area Code) | | **ZIP CODE** 32952 **TELEPHONE** (Include Area Code) (321) 453 8167 |
| **9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **10. IS PATIENT'S CONDITION RELATED TO:** | **11. INSURED'S POLICY GROUP OR FECA NUMBER** |
| **a. OTHER INSURED'S POLICY OR GROUP NUMBER** XJJH53392339 | **a. EMPLOYMENT?** (Current or Previous) YES [X] NO | **a. INSURED'S DATE OF BIRTH** MM DD YY 02 22 1952 **SEX** M F [X] |
| **b. RESERVED FOR NUCC USE** | **b. AUTO ACCIDENT?** [X] YES NO **PLACE (State)** FL | **b. OTHER CLAIM ID** (Designated by NUCC) |
| **c. RESERVED FOR NUCC USE** | **c. OTHER ACCIDENT?** YES [X] NO | **c. INSURANCE PLAN NAME OR PROGRAM NAME** |
| **d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. CLAIM CODES** (Designated by NUCC) | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** [X] YES NO If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 09 04 16 QUAL: 431 **15. Other Date** QUAL: 454 MM DD YY 09 16 16 **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a. 17b. NPI **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC) **20. OUTSIDE LAB?** YES [X] NO $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate A-L to service line below (24E)) ICD Ind. 0
A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.
**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2 01 06 17 | 01 06 17 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 3 01 06 17 | 01 06 17 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 4 01 06 17 | 01 06 17 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 5 01 06 17 | 01 06 17 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 6 01 06 17 | 01 06 17 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 CH5729 |
| 01 06 17 | 01 06 17 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

**25. FEDERAL TAX I.D. NUMBER** 592501340 SSN EIN [X] **26. PATIENT'S ACCOUNT NO.** 41994448 **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) [X] YES NO **28. TOTAL CHARGE** $180.00 **29. AMOUNT PAID** $0.00 **30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 01/12/2017 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 

**33. BILLING PROVIDER INFO & PH#** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOTES
ATTACHED    RM0161711998

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12
TPICA

LIBERTY MUTUAL AUTO
PO BOX 1052

MONTGOMERYVILLE PA  18936

CARRIER

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | AOS2581662164058 | |

PATIENT'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

SEX
M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

PATIENT'S ADDRESS (No. Street)
165 WALTER COURT

RELATIONSHIP
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No. Street)
165 WALTER COURT

CITY: MERRITT ISLAND    STATE: FL

RESERVED FOR NUCC USE

CITY: MERRITT ISLAND    STATE: FL

ZIP CODE
32952

TELEPHONE (Include Area Code)

ZIP CODE
32952

TELEPHONE (Include Area Code)
(321) 4538167

OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
CLAIM 034315472 0002

OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

EMPLOYMENT? (Current or Previous)  X NO

INSURED'S DATE OF BIRTH
02 22 1952    SEX: M [X]

AUTO ACCIDENT?  X    PLACE (State) FL

OTHER CLAIM ID (Designated by NUCC)

OTHER ACCIDENT?  X

11c. INSURANCE PLAN NAME OR PROGRAM NAME
LIBERTY MUTUAL AUTO

BCBS PPO

X

SIGNATURE ON FILE    01 10 17    SIGNATURE ON FILE

09 04 16    431    439    09 04 16

DN    BRIAN S ZIEGLER MDPA    1932189743

X    0 00

G5601    G5602    M65331    0
V499XXA

| 01 10 17 | 01 10 17 | 11 | | 99214 | | ABCD | 225 00 | 1 | | G2 ME0073105 |
| | | | | | | | | | | 1932189743 |

593589384    X    010P255120    X    225 00    0 00
321 6392551

ME0073105
BRIAN S ZIEGLER MDPA
01 10 16    1932189743    G2 593589384

BRIAN S ZIEGLER MDPA
830 EXECUTIVE LN STE 120
ROCKLEDGE FL  32955-3595

BRIAN S ZIEGLER MDPA
830 EXECUTIVE LANE STE 120
ROCKLEDGE FL  32955-3595

1003084351    G2ME0073105

INSURED OR INFORMATION

RE0061700303



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

LIBERTY MUTUAL AUTO
PO BOX 1052
MONTGOMERYVILLE PA 18936

☐ PICA

| | | | | | | | PICA ☐ |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☒ OTHER ☐
   *(Medicare #)* *(Medicaid #)* *(ID#/DoD#)* *(Member ID#)* *(ID#)* *(ID#)* *(ID#)*

1a. INSURED'S I.D. NUMBER *(For Program in Item 1)*
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

3. PATIENT'S BIRTH DATE | SEX
M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY

5. PATIENT'S ADDRESS (No., Street)
165 WALTER COURT

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
165 WALTER COURT

CITY: MERRITT ISLAND   STATE: FL

8. RESERVED FOR NUCC USE

CITY: MERRITT ISLAND   STATE: FL

ZIP CODE: 32952   TELEPHONE (Include Area Code)

ZIP CODE: 32952   TELEPHONE (Include Area Code) (321) 453-8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH | SEX
MM DD YY   M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☒ YES ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
LIBERTY MUTUAL AUTO

d. INSURANCE PLAN NAME OR PROGRAM NAME
BCBS COMM

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE
SIGNED _____ DATE 12/09/2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE
SIGNED _____

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 2016 QUAL. 439

15. OTHER DATE
MM DD YY
QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN BRIAN ZIEGLER MD

17a.
17b. NPI 1932189743

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0

A. G56.03   B. |___   C. |___   D. |___
E. |___   F. |___   G. |___   H. |___
I. |___   J. |___   K. |___   L. |___

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | | | | | |
| 12 09 16 | 12 09 16 | 11 | | | 95911 | | | A | 443 00 | 1 | | NPI | 1881684074 |
| 2 | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
461243081

26. PATIENT'S ACCOUNT NO.
005451588hfm

27. ACCEPT ASSIGNMENT? *(For govt. claims, see back)*
☒ YES ☐ NO

28. TOTAL CHARGE
$ 443 00

29. AMOUNT PAID
$ 00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SHUBHANGI CHUMBLE MD
SIGNED 01/06/2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION
CAPE CANAVERAL HOSPITAL ST
699 W COCOA BEACH CSWY
COCOA BEACH FL 32931-3562
a. 1750626495   b.

33. BILLING PROVIDER INFO & PH # (321) 725-4500
HEALTH FIRST MEDICAL GRP
PO BOX 628327
ORLANDO FL 32862-8327
a. 1750626495   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3481606371

RM3481606371

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

[ ] (Medicare #)  [ ] (Medicaid #)  [ ] (ID#/DoD#)  [ ] (Member ID#)  [ ] (ID#)  [ ] (ID#)  [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE          SEX
F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY
Merritt Island          STATE FL

8. RESERVED FOR NUCC USE

CITY
Merritt Island          STATE FL

ZIP CODE
32952

TELEPHONE (Include Area Code)

ZIP CODE
32952

TELEPHONE (Include Area Code)
(321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH          SEX
MM  DD  YY
02  22  1952          M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?          PLACE (State)
[X] YES  [ ] NO  FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  [ ] NO    If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09  04  16    QUAL. 431

15. OTHER DATE
MM  DD  YY
QUAL. 454    09  16  16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY          MM  DD  YY
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY          MM  DD  YY
FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?          $ CHARGES
[ ] YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD    B. S161XXD    C. M9901    D. M542
E. G44209    F. M9902    G. M9908    H. M546
I. M9903    J. M9904    K. S39002D    L.

22. RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 11 17 16 | | | 11 17 16 | | | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 17 16 | | | 11 17 16 | | | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 17 16 | | | 11 17 16 | | | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 17 16 | | | 11 17 16 | | | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 17 16 | | | 11 17 16 | | | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 11 17 16 | | | 11 17 16 | | | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER          SSN  EIN
592901340          [ ]  [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  11/18/2016          DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.          b.

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367          b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← CARRIER →

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY  Merritt Island  STATE FL

8. RESERVED FOR NUCC USE

CITY  Merritt Island  STATE FL

ZIP CODE 32952  TELEPHONE (Include Area Code)

ZIP CODE 32952  TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)  YES [X] NO

a. INSURED'S DATE OF BIRTH 02 22 1952  SEX M  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES  NO  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date  QUAL. 454  MM 09 DD 16 YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 14 16 11 14 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 2 | 11 14 16 11 14 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3 | 11 14 16 11 14 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 4 | 11 14 16 11 14 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5 | 11 14 16 11 14 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 6 | 11 14 16 11 14 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES  NO

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  12/02/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← CARRIER →

| | |
|---|---|
| 1. MEDICARE (Medicare #)  MEDICAID (Medicaid #)  TRICARE (ID#/DoD#)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#)  FECA BLKLUNG (ID#)  OTHER [x] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)  034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE    SEX  M [ ] F [x]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [x] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island    STATE: FL

ZIP CODE: 32952    TELEPHONE (Include Area Code)

ZIP CODE: 32952    TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) YES [ ] NO [x]

a. INSURED'S DATE OF BIRTH  MM 02 DD 22 YY 1952    SEX M [ ] F [x]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [x] NO [ ] PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [ ] NO [x]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [x] NO [ ] If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date  QUAL. 454  MM 09 DD 16 YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [x]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE    ORIGINAL REF. NO.

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 11 16 | 11 11 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 11 16 | 11 11 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 11 16 | 11 11 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 11 16 | 11 11 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 11 16 | 11 11 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 11 11 16 | 11 11 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
592901340   [x]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [x] NO [ ]

28. TOTAL CHARGE  $180.00

29. AMOUNT PAID  $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  12/02/2016    DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

RM3481606372



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← — — CARRIER — →

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLKLUNG OTHER | 1a. INSURED'S I.D. NUMBER (For Program in item 1) |
|---|---|
| (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE MM DD YY     SEX M[ ] F[X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED   Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island   STATE FL

8. RESERVED FOR NUCC USE

CITY Merritt Island   STATE FL

ZIP CODE 32952   TELEPHONE (Include Area Code)

ZIP CODE 32952   TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH MM 02 DD 22 YY 1952   SEX M[ ] F[X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES [X] NO [ ]   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [X] NO [ ] If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16   QUAL. 431

15. OTHER DATE QUAL. 454   MM 09 DD 16 YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

23. PRIOR AUTHORIZATION NUMBER

24. Service line table:

| Line | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | CH5729 |
| 2 | 12 01 16 | 12 01 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | CH5729 |
| 3 | 12 01 16 | 12 01 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | CH5729 |
| 4 | 12 01 16 | 12 01 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | CH5729 |
| 5 | 12 01 16 | 12 01 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | CH5729 |
| 6 | 12 01 16 | 12 01 16 | 11 | | 98941 | 59 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | | CH5729 |
| | 12 01 16 | 12 01 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES [X] NO [ ]

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 12/02/2016   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLKLUNG ☐ (ID#) OTHER ☒ (ID#) |

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE — SEX: M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island — STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island — STATE: FL

ZIP CODE: 32952 — TELEPHONE (Include Area Code)

ZIP CODE: 32952 — TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH: 02 22 1952 — SEX: M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☒ NO ☐ PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☒ NO ☐ If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE — DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 09 04 16 QUAL 431

15. Other Date QUAL 454: 09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM | TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM | TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒ $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE | ORIGINAL REF. NO.

| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 28 16 | 11 28 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 28 16 | 11 28 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 28 16 | 11 28 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 28 16 | 11 28 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 28 16 | 11 28 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 11 28 16 | 11 28 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER: 592901340 — SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.: 41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐

28. TOTAL CHARGE: $180.00

29. AMOUNT PAID: $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven Robert
SIGNED 12/02/2016 DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367 b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367 b.

NUCC Instruction Manual available at: www.nucc.org — APPROVED OMB-0938-1197 FORM 1500 (02-12)

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| | | |
|---|---|---|
| **1.** MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#) | **1a.** INSURED'S I.D. NUMBER (For Program in Item 1) | 034315472 |

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

**3.** PATIENT'S BIRTH DATE   SEX
MM DD YY   F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

**5.** PATIENT'S ADDRESS (No., Street)
165 Walter Court
CITY   Merritt Island   STATE FL
ZIP CODE   32952   TELEPHONE (Include Area Code)

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

**7.** INSURED'S ADDRESS (No., Street)
165 Walter Court
CITY   Merritt Island   STATE FL
ZIP CODE   32952   TELEPHONE (Include Area Code) (321) 453 8167

**8.** RESERVED FOR NUCC USE

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

**b.** RESERVED FOR NUCC USE

**c.** RESERVED FOR NUCC USE

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10.** IS PATIENT'S CONDITION RELATED TO:

**a.** EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

**b.** AUTO ACCIDENT?
☒ YES ☐ NO   PLACE (State) FL

**c.** OTHER ACCIDENT?
☐ YES ☒ NO

**10d.** CLAIM CODES (Designated by NUCC)

**11.** INSURED'S POLICY GROUP OR FECA NUMBER

**a.** INSURED'S DATE OF BIRTH   SEX
MM DD YY   02 22 1952   M ☐ F ☒

**b.** OTHER CLAIM ID (Designated by NUCC)

**c.** INSURANCE PLAN NAME OR PROGRAM NAME

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16   QUAL. 431
**15.** Other Date   MM DD YY   QUAL. 454   09 16 16

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE
**17a.**
**17b.** NPI

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB?   ☐ YES ☒ NO   $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

**22.** RESUBMISSION CODE   ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 21 16 | 11 21 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 21 16 | 11 21 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 11 21 16 | 11 21 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 21 16 | 11 21 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 11 21 16 | 11 21 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 11 21 16 | 11 21 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

**25.** FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
592901340

**26.** PATIENT'S ACCOUNT NO.
41994448

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

**28.** TOTAL CHARGE   $180.00

**29.** AMOUNT PAID   $0.00

**30.** Rsvd for NUCC use

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert R
SIGNED 12/02/2016   DATE

**32.** SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367   b.

**33.** BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

RM3401602673

Please note our new mailing address:
Brevard County Fire Rescue
PO Box 915189        RM3401602673
Orlando, FL 32891

Liberty Mutual
PO Box 1052
MONTGOMERYVILLE, PA 18936

CARRIER

OTHER INSURED'S NUMBER   034315472

Hestad, Karry

INSURED'S NAME (Last Name, First Name)
Hestad, Karry

165 Walter Ct

INSURED'S ADDRESS (No., Street)
165 Walter Ct

MERRITT ISLAND          FL

CITY
MERRITT ISLAND                FL

32952

32952

INSURANCE PLAN NAME OR PROGRAM NAME

HEALTH BENEFIT PLAN

SIGNATURE ON FILE      09/04/2016      SIGNED SIGNATURE ON FILE

DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   IS OTHER DATE
09 04 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
TO

SELF, REFERRAL

HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

FROM: 1940 N. Courtenay Pky 32952 PickUpTime: 1309. TO: W

T07

32952

BLS EMERGENCY BASE
09 04 16          41 Y   A0429   SH          A      501 00   1
Mileage - Whole number rounding used with a 1 mile minimum
09 04 16          41 Y   A0425   SH          A       36 72   4

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

59-6000523          39860667                      537 72      0 00
                                                              888 987-0712
        Wuesthoff Memorial Hospital                  Brevard County Fire Rescue
        110 Longwood Avenue                          PO Box 915189
        ROCKLEDGE, FL 32955                          Orlando, FL 32891
Brevard County F   11/24/16
                   1194821595                        1194821595   OP

RM3231610188

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

◄—— CARRIER ——►

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I D. NUMBER (For Program in Item 1) |
| [ ] (Medicare #)  [ ] (Medicaid #)  [ ] (ID#/DoD#)  [ ] (Member ID#)  [ ] (ID#)  [ ] (ID#)  [X] (ID#) | 034315472 |

| | | |
|---|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY   SEX  F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| Hestad, Cary | | Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| 165 Walter Court | Self [X] Spouse [ ] Child [ ] Other [ ] | 165 Walter Court |
| CITY                              STATE | 8. RESERVED FOR NUCC USE | CITY                              STATE |
| Merritt Island                    FL | | Merritt Island                    FL |
| ZIP CODE      TELEPHONE (Include Area Code) | | ZIP CODE      TELEPHONE (Include Area Code) |
| 32952 | | 32952          (321) 453 8167 |
| 9. OTHER INSURED'S NAME (Last, First, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| Hestad, Cary | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH  MM DD YY   SEX |
| XJJH53392339 | [ ] YES  [X] NO | 02 22 1952      M [ ]   F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?        PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| | [X] YES  [ ] NO   FL | |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | [ ] YES  [X] NO | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| | | [X] YES  [ ] NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| | |
|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16   QUAL. 431 | 15. Other Date  QUAL. 454  MM DD YY  09 16 16 |
| 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY   TO  MM DD YY |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY   TO  MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?   $ CHARGES   [ ] YES  [X] NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

22. RESUBMISSION CODE         ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 21 16 | 10 21 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

| | | | | |
|---|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER   SSN  EIN  592901340  [X] | 26. PATIENT'S ACCOUNT NO.  41994448 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO | 28. TOTAL CHARGE  $180.00 | 29. AMOUNT PAID  $0.00 | 30. Rsvd for NUCC use |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Traven, Robert W   DATE  11/10/2016

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH#   (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

RM3231610188

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| 1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLKLUNG ☐ (ID#) OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 3. PATIENT'S BIRTH DATE SEX F ☐ M ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) 165 Walter Court | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 165 Walter Court |
| CITY Merritt Island STATE FL | 8. RESERVED FOR NUCC USE | CITY Merritt Island STATE FL |
| ZIP CODE 32952 TELEPHONE (Include Area Code) | | ZIP CODE 32952 TELEPHONE (Include Area Code) (321) 453 8167 |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER XJJH53392339 | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM DD YY 02 22 1952 SEX M ☐ F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| | | |
|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16 QUAL. 431 | 15. Other Date QUAL. 454 MM DD YY 09 16 16 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 10 24 16 10 24 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3 10 24 16 10 24 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4 10 24 16 10 24 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5 10 24 16 10 24 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6 10 24 16 10 24 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 10 24 16 10 24 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

| | | | |
|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER SSN EIN 592901340 ☒ | 26. PATIENT'S ACCOUNT NO. 41994448 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $180.00 | 29. AMOUNT PAID $0.00 | 30. Rsvd for NUCC use |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) *(signature)* Traven, Robert W SIGNED 11/10/2016 DATE | 32. SERVICE FACILITY LOCATION INFORMATION Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501 a. b. | 33. BILLING PROVIDER INFO & PH# (321) 453 6126 Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501 a. 1548284367 b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3231610188

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| **1. MEDICARE** (Medicare #) **MEDICAID** (Medicaid #) **TRICARE** (ID#/DoD#) **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLK LUNG** (ID#) **OTHER** ☒ (ID#) | **1a. INSURED'S I D. NUMBER** (For Program in Item 1) <br> 034315472 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**3. PATIENT'S BIRTH DATE** ███ **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Hestad, Cary

**5. PATIENT'S ADDRESS (No., Street)**
165 Walter Court

**6. PATIENT RELATIONSHIP TO INSURED** Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**
165 Walter Court

**CITY** Merritt Island **STATE** FL

**8. RESERVED FOR NUCC USE**

**CITY** Merritt Island **STATE** FL

**ZIP CODE** 32952 **TELEPHONE (Include Area Code)** ███████

**ZIP CODE** 32952 **TELEPHONE (Include Area Code)** (321) 453 8167

**9. OTHER INSURED'S NAME (Last)**
Hestad, Cary

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

**a. EMPLOYMENT? (Current or Previous)** YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM 02 DD 22 YY 1952 **SEX** M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☒ NO ☐ **PLACE(State)** FL

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☒ NO ☐ If yes, complete items 9, 9a and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 09 04 16 QUAL. 431

**15. Other Date** MM DD YY QUAL. 454 09 16 16

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**

**17a.** **17b. NPI**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒ **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind.** 0

| | | | |
|---|---|---|---|
| A. S138XXD | B. S161XXD | C. M9901 | D. M542 |
| E. G44209 | F. M9902 | G. M9908 | H. M546 |
| I. M9903 | J. M9904 | K. S39002D | L. |

**22. RESUBMISSION CODE** **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 26 16 | 10 26 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | CH5729 NPI | 1548284367 |
| 10 26 16 | 10 26 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | CH5729 NPI | 1548284367 |
| 10 26 16 | 10 26 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | CH5729 NPI | 1548284367 |
| 10 26 16 | 10 26 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | CH5729 NPI | 1548284367 |
| 10 26 16 | 10 26 16 | 11 | | 98941 59 | ABK | 70.00 | 1 | | CH5729 NPI | 1548284367 |
| 10 26 16 | 10 26 16 | 11 | | 98943 51 | G | 40.00 | 1 | | CH5729 NPI | 1548284367 |

**25. FEDERAL TAX I.D. NUMBER** 592901340 SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $180.00

**29. AMOUNT PAID** $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof)

SIGNED Traven Robert W
DATE 11/10/2016

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. b.

**33. BILLING PROVIDER INFO & PH#** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3231610188

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| **1. MEDICARE** (Medicare #) **MEDICAID** (Medicaid #) **TRICARE** (ID#/DoD#) **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLKLUNG** (ID#) **OTHER** [X] (ID#) | **1a. INSURED'S I.D. NUMBER** (For Program in item 1) 034315472 |
| **2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **3. PATIENT'S BIRTH DATE** MM DD YY  **SEX** M [ ] F [X] | **4. INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary |
| **5. PATIENT'S ADDRESS** (No., Street) 165 Walter Court | **6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse [ ] Child [ ] Other [ ] | **7. INSURED'S ADDRESS** (No., Street) 165 Walter Court |
| **CITY** Merritt Island  **STATE** FL | **8. RESERVED FOR NUCC USE** | **CITY** Merritt Island  **STATE** FL |
| **ZIP CODE** 32952  **TELEPHONE** (Include Area Code) | | **ZIP CODE** 32952  **TELEPHONE** (Include Area Code) (321) 453 8167 |
| **9. OTHER INSURED'S NAME** (Last, First, Middle Initial) Hestad, Cary | **10. IS PATIENT'S CONDITION RELATED TO:** | **11. INSURED'S POLICY GROUP OR FECA NUMBER** |
| **a. OTHER INSURED'S POLICY OR GROUP NUMBER** XJJH53392339 | **a. EMPLOYMENT?** (Current or Previous) YES [ ] NO [X] | **a. INSURED'S DATE OF BIRTH** MM DD YY 02 22 1952  **SEX** M [ ] F [X] |
| **b. RESERVED FOR NUCC USE** | **b. AUTO ACCIDENT?** YES [X] NO [ ]  **PLACE** (State) FL | **b. OTHER CLAIM ID** (Designated by NUCC) |
| **c. RESERVED FOR NUCC USE** | **c. OTHER ACCIDENT?** YES [ ] NO [X] | **c. INSURANCE PLAN NAME OR PROGRAM NAME** |
| **d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. CLAIM CODES** (Designated by NUCC) | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [X] NO [ ] If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| | |
|---|---|
| **14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY** (LMP) 09 04 16  QUAL. 431 | **15. Other Date** QUAL. 454  MM DD YY 09 16 16 | **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM  TO |
| **17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a. 17b. NPI | | **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM  TO |
| **19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC) | | **20. OUTSIDE LAB?** YES [ ] NO [X]  **$ CHARGES** |

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate A-L to service line below (24E)) ICD Ind. 0

A. LS138XXD  B. LS161XXD  C. LM9901  D. LM542
E. LG44209  F. LM9902  G. LM9908  H. LM546
I. LM9903  J. LM9904  K. LS39002D  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 NPI 1548284367 |
| 2  10 28 16 | 10 28 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3  10 28 16 | 10 28 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4  10 28 16 | 10 28 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5  10 28 16 | 10 28 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6  10 28 16 | 10 28 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 10 28 16 | 10 28 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

| | |
|---|---|
| **25. FEDERAL TAX I.D. NUMBER** 592901340  SSN [ ] EIN [X] | **26. PATIENT'S ACCOUNT NO.** 41994448 | **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ] | **28. TOTAL CHARGE** $180.00 | **29. AMOUNT PAID** $0.00 | **30. Rsvd for NUCC use** |
| **31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED  Traven, Robert W  DATE 11/10/2016 | **32. SERVICE FACILITY LOCATION INFORMATION** Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501  a.  b. | **33. BILLING PROVIDER INFO & PH#** (321) 453 6126 Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501  a. 1548284367  b. |

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3231610188

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE / SEX
M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island  STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island  STATE: FL

ZIP CODE: 32952  TELEPHONE (Include Area Code)

ZIP CODE: 32952  TELEPHONE (Include Area Code): (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH: 02 22 1952  SEX: M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [X] NO [ ]  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO [ ]  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date QUAL. 454  MM DD YY 09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 31 16 | 10 31 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 10 31 16 | 10 31 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 10 31 16 | 10 31 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 10 31 16 | 10 31 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 10 31 16 | 10 31 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 10 31 16 | 10 31 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592861340  [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X] NO [ ]

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 11/10/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. 1548284367  b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3231610188

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| 1. MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  TRICARE (ID#/DoD#) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (ID#) ☐  FECA BLKLUNG (ID#) ☐  OTHER (ID#) ☒ | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1)  034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE     SEX
MM  DD  YY      M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island   STATE: FL

8. RESERVED FOR NUCC USE

CITY: Merritt Island   STATE: FL

ZIP CODE: 32952   TELEPHONE (Include Area Code)

ZIP CODE: 32952   TELEPHONE (Include Area Code): (321) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH     SEX
MM  DD  YY  02 22 1952   M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☒ YES  ☐ NO   PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, complete items 9, 9a and 9d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16   QUAL. 431

15. Other Date
QUAL. 454   MM DD YY  09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM         TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM         TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E))  ICD Ind. 0

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

22. RESUBMISSION CODE         ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | CH5729 |
| 11 02 16 | 11 02 16 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| 2 11 02 16 | 11 02 16 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3 11 02 16 | 11 02 16 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 4 11 02 16 | 11 02 16 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5 11 02 16 | 11 02 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 6 11 02 16 | 11 02 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
592901340   ☐  ☒

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  Travel Robert DC   DATE 11/10/2016

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

RM3231610188



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

◄ — CARRIER →

| | |
|---|---|
| 1. MEDICARE (Medicare #)  MEDICAID (Medicaid #)  TRICARE (ID#/DoD#)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#)  FECA BLKLUNG (ID#)  OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 3. PATIENT'S BIRTH DATE  SEX  F [X]  M | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) 165 Walter Court | 6. PATIENT RELATIONSHIP TO INSURED Self [X]  Spouse []  Child []  Other [] | 7. INSURED'S ADDRESS (No., Street) 165 Walter Court |
| CITY  Merritt Island  STATE  FL | 8. RESERVED FOR NUCC USE | CITY  Merritt Island  STATE  FL |
| ZIP CODE 32952  TELEPHONE (Include Area Code) | | ZIP CODE 32952  TELEPHONE (Include Area Code) (321) 453 8167 |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER XJJH53392339 | a. EMPLOYMENT? (Current or Previous) [] YES  [X] NO | a. INSURED'S DATE OF BIRTH  SEX 02 22 1952  M []  F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? [X] YES  [] NO  PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? [] YES  [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES  [] NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

◄ — PATIENT AND INSURED INFORMATION →

| | | | |
|---|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431 | 15. Other Date  QUAL. 454  MM DD YY 09 16 16 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO | |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO | |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  [] YES  [X] NO  $ CHARGES | |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0  A. LS138XXD  B. LS161XXD  C. LM9901  D. LM542  E. LG44209  F. LM9902  G. LM9908  H. LM546  I. LM9903  J. LM9904  K. LS39002D  L. | | 22. RESUBMISSION CODE    ORIGINAL REF. NO.  23. PRIOR AUTHORIZATION NUMBER | |

| 24. A. DATE(S) OF SERVICE From — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | G0283  59 | ABC | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | 97010  59 | ABC | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | 97010  59 | GIHJ | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 11 07 16  11 07 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

◄ — PHYSICIAN OR SUPPLIER INFORMATION →

| 25. FEDERAL TAX I.D. NUMBER  SSN  EIN 592901340  [X] | 26. PATIENT'S ACCOUNT NO. 41994448 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES  [] NO | 28. TOTAL CHARGE $180.00 | 29. AMOUNT PAID $0.00 | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Traven, Robert W  SIGNED  11/10/2016  DATE | 32. SERVICE FACILITY LOCATION INFORMATION  Robert Traven DC  950 N Courtenay Pkwy  Merritt Island, FL 32953-4501  a.    b. | | 33. BILLING PROVIDER INFO & PH# (321) 453 6126  Robert Traven DC  950 N COURTENAY PKWY  MERRITT ISLAND, FL 32953-4501  a. 1548284367  b. | | |

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM3231610188

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE ▮▮▮▮ SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island  STATE FL

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island  STATE FL

ZIP CODE 32952  TELEPHONE (Include Area Code) ▮▮▮

8. RESERVED FOR NUCC USE

ZIP CODE 32952  TELEPHONE (Include Area Code) (321) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE (State) FL

c. OTHER ACCIDENT? ☐ YES ☒ NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  MM 02 DD 22 YY 1952  SEX M☐ F☒

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16  QUAL. 431

15. Other Date  QUAL. 454  MM 09 DD 16 YY 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY  TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 11 09 16 | 11 09 16 | 11 | | G0283 | 59 | ABC | 25.00 | 1 | | NPI | CH5729 / 1548284367 |
| 3 11 09 16 | 11 09 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 / 1548284367 |
| 4 11 09 16 | 11 09 16 | 11 | | 97010 | 59 | ABC | 10.00 | 1 | | NPI | CH5729 / 1548284367 |
| 5 11 09 16 | 11 09 16 | 11 | | 97010 | 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 / 1548284367 |
| 6 11 09 16 | 11 09 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 / 1548284367 |
| 11 09 16 | 11 09 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 / 1548284367 |

25. FEDERAL TAX I.D. NUMBER  592861340  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.  41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES ☐ NO

28. TOTAL CHARGE  $180.00

29. AMOUNT PAID  $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert DC
SIGNED 11/10/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)



RM3221607675

LIBERTY MUTUAL GENERAL INS 07675
PO BOX 1052
MONTGOMERYVILLE, PA   18936

X          034315472

HESTAD, CARY                               X    SAME

165 WALTER CT                                  SAME

MERRITT ISLAND           FL                    SAME

32952                                          SAME

                              X          02 22 1952          X

                    X

                         X        LIBERTY MUTUAL GENERAL INS

                                        X

        SIGNATURE ON FILE            09122016          SIGNATURE ON FILE

09  04  2016     431          439   09  04  2016

DN   LEON COHEN               1558329607

                                        X

   M25.50        M54.2        R07.82
                         0

09 12 16 09 12 16  11       99213          A     105.00  1       1558329607

09 22 16 09 22 16  11       99214          BC    130.00  1       1558329607

592855683          X    27499       X          235.00      0.00
                                                        321 4533420
                         LEON A COHEN MD PA      LEON A COHEN MD
                         375 S COURTENAY PKWY SUITE 1   375 S COURTENEY PRKY STE 1
LEON A COHEN MD MD       MERRITT ISLAND FL   329524868   MERRITT ISLAND FL   329524868
ME50207          11 05 2016                     1558329607

Ambulence HM3191653504

Cary
**Karry Hestad**
**165 Walter Ct**
**Merritt Island FL 32952**

**Brevard County Fire Rescue**
**Phone:  888-987-0712**

# Emergency Medical Services Bill

**Statement Date:  09/13/2016**

Date of Service: 09/04/2016
Account Number: 39860667
Incident No.  062879

This notice is in regards to the ambulance service provided to you on 09/04/2016. Our records show that this claim was related to an auto accident. Please complete and sign the back of this form, paying particular attention to the accident sections. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. If you do not have insurance, this payment is your responsibility. Please see options below to submit payment. For information or assistance on this account, please call 888-987-0712.

*We are very sorry for your recent need to call 911 and we hope that you have made a complete recovery. We appreciate your feedback, if you would please visit our website at* **http://www.BrevardCounty.us/FireRescue** *so that you can complete our short survey. Upon entering our website, you will find a link to the survey on the lower right side or use the following link:* **https://www.surveymonkey.com/s/BCFREMS**

## Statement of Account

| | |
|---|---|
| Emergency Medical Services | $537.72 |

| | |
|---|---|
| **Amount Due:** | **$537.72** |

**\*\*DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU\*\***

Brevard County Fire Rescue
PO Box 915189
Orlando FL 32891

**IF PAYING BY CREDIT CARD, FILL OUT BELOW**

| | VISA | | MASTERCARD | | DISCOVER | DISC VER |
|---|---|---|---|---|---|---|
| CARD NUMBER | | | | EXP. DATE | | AMOUNT |
| SIGNATURE | | | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | | |

| INCIDENT NO. | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|---|
| 062879 | 09/13/2016 | $537.72 | 39860667 |

Make checks payable to: Brevard County Fire Rescue

**To view your account online, go to www.intermedix.com/billpay**

Brevard County Fire Rescue
PO Box 915189
Orlando FL 32891

KARRY HESTAD
165 WALTER CT

*Sorry for not sending what you need I think those receipts were lost I hope these recent ones are what you need. Thank-You!*

---

**E ACUTE**
**PROMISED: 03:06p**
11-02-2016
# Scripts: 01

02/2016

**CVS/pharmacy** #3640 Ph: 321.453.2540   CUSTOMER RECEIPT

Date: 11/02/2016   DAW: 0
**Rx: 0720335 00**

**STAD,CARY**
WALTER CT, MERRITT ISLAND, FL 32952
321.453.8167

:LOBENZAPRINE 10 MG TABLET

KE 1 TABLET ORALLY AT BEDTIME

00603-3079-32 Dus Suppl: 30 Refill: 0   Qty:30 EA
cbr: LEON ALAN COHEN
      GR RX1557                          **PAY:  $1.49**
                  STATE OF FLORIDA                      Caps: Y

---

**PROMISED: 03:06p**
11-02-2016
# Scripts: 01

016

#3640 Ph: 321.453.2540   CUSTOMER RECEIPT

Date: 11/02/2016   DAW: 0
**Rx: 0720333 00**

**D,CARY**
R CT, MERRITT ISLAND, FL 32952
-8167

ITIN 100 MG CAPSULE

AT NIGHT INCREASE SLOWLY TO 3 TIMES A DAY AS

0198-01 Dus Suppl: 30 Refill: 0   Qty:90 EA
N ALAN COHEN
      GR RX1557                          **PAY:  $5.08**
                  STATE OF FLORIDA                      Caps: Y

---

**ACUTE**
**PROMISED: 03:06p**
11-02-2016
# Scripts: 01

016

**S/pharmacy** #3640 Ph: 321.453.2540   CUSTOMER RECEIPT

Date: 11/02/2016   DAW: 0
**Rx: 0720334 00**

**AD,CARY**
ER CT, MERRITT ISLAND, FL 32952
-8167

CAM 15 MG TABLET

ABLET BY MOUTH IN THE MORNING AFTER A MEAL

7-0159-07 Dus Suppl: 30 Refill: 0   Qty:30 EA
EON ALAN COHEN
      GR RX1557                          **PAY:  $1.62**
                  STATE OF FLORIDA                      Caps: Y

---



**CVS/pharmacy**

11 EAST MERRITT ISLAND CAUSEWAY
MERRITT ISLAND, FL 32952

REG#15 TRN#9305 CSHR#1113523 STR#364(

Helped by: VIRGINIA

ExtraCare Card #: ********0344

F 1 RX #: ****3350000          1.49N
F 1 RX #: ****3340000          1.62N
F 1 RX #: ****3330000          5.08N

3 ITEMS
         TOTAL               8.19
         CHARGE              8.19
         **********2152       CH
VISA DEBIT      **********2152
APPROVED# 438592
REF# 153054
AID:  A000000031010
TC: C4D489EDF80U/584
TERMINAL# 88153247
NO SIGNATURE REQUIRED
CVM: 5E0000
TVR(95): 8000008000
TSI(9B): 6800

CHANGE                   .00

2503 6406 3079 3051 59
State law may prohibit the return
of prescriptions. Please consult
your pharmacist.
RETURNS WITH RECEIPT THRU 01/01/2017

NOVEMBER 2, 2016          3:45 PM

F=FLEXIBLE SPENDING ACCT SUMMARY (FSA)
Prescription Eligible Total      8.19

********************************
FSA summary above includes items
(and tax) that may be eligible for plan
reimbursement. Restrictions may apply.
********************************

THANK YOU. SHOP 24 HOURS AT CVS.COM

ExtraCare Card balances as of 10/05

2% of your Fall 2016 Spend
Fall 2016 Spending          30.22

********************************

Why wait? Get your flu shot today
and get a 20% off shopping pass!
Available anytime. No appointment
needed. Restrictions apply.

*My carpal tunnel & arthritis were made worse in my hands*

HM3191653504

ORTHOPAEDICS
OF
BREVARD

**Brian S. Ziegler, M.D.**

**Hand and Upper Extremity Surgery**
**General Orthopaedics**

830 Executive Lane
Suite 120
Rockledge, FL 32955

(321) 639-2551
FAX (321) 504-6260
www.drbziegler.com

BRIAN S ZIEGLER MD PA
830 EXECUTIVE LN STE 12
ROCKLEDGE, FL 32955

10/31/2018                              14:34:43

DEBIT CARD

DEBIT SALE

Card #                          XXXXXXXXXXXX2152
Network:                                    VISA
Chip Card:                              US DEBIT
AID:                          A0000000980840
ATC:                                        001B
TC:                        10D8498B4568E6FB
SEQ #:                                         6
Batch #:                                     507
INVOICE                                        6
Approval Code:                         399609
Entry Method:                       Chip Read
Mode:                     Issuer - PIN Bypassed

## SALE AMOUNT                          $25.00

CUSTOMER COPY

Thank-you for all your help. Let me
know what you need. It gets a bit
confusing for me.
           Thank you!

RM3121617303

**DISCLOSURE FORM + NOTES ATTACHED**

3121617303

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

LIBERTY MUTUAL AUTO INS
P O BOX 407013

FT LAUDERDALE FL  33340

| | |
|---|---|
| **PICA** | **PICA** |

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) AOS2581662164058 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

3. PATIENT'S BIRTH DATE / SEX   M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

5. PATIENT'S ADDRESS (No., Street)
165 WALTER COURT

6. PATIENT RELATIONSHIP TO INSURED   Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
165 WALTER COURT

CITY MERRITT ISLAND   STATE FL

8. RESERVED FOR NUCC USE

CITY MERRITT ISLAND   STATE FL

ZIP CODE 32952   TELEPHONE (Include Area Code)

ZIP CODE 32952   TELEPHONE (Include Area Code) (321) 4538167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
HESTAD CARY L

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
CLAIM 03431547 2 0002

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  02 22 1952   SEX  M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
LIBERTY MUTUAL AUTO INS

d. INSURANCE PLAN NAME OR PROGRAM NAME
BCBS PPO

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☒ YES

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE   DATE 10 31 16

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL 431

15. OTHER DATE  QUAL 439  09 04 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  BRIAN S ZIEGLER MDPA

17a. 
17b. NPI 1932189743

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☒   $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 0

| A. G5601 | B. G5602 | C. M65331 | D. V499XXA |
|---|---|---|---|

22. RESUBMISSION CODE

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 31 16 / 10 31 16 | 11 | | 99203 | ABCD | 225 00 | 1 | | G2 | ME0073105 |
| | | | | | | | | | NPI | 1932189743 |
| 2 | 10 31 16 / 10 31 16 | 11 | | 73130 RT | ABCD | 85 00 | 1 | | G2 | ME0073105 |
| | | | | | | | | | NPI | 1932189743 |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   593589384   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.  010P255120

27. ACCEPT ASSIGNMENT?  ☒ YES

28. TOTAL CHARGE  310 00

29. AMOUNT PAID  0 00

30. Rsvd for NUCC Use (321) 6392551

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ME0073105
BRIAN S ZIEGLER MDPA
Tyron Hofer MD/DO
SIGNED   DATE 10 31 16

32. SERVICE FACILITY LOCATION INFORMATION
BRIAN S ZIEGLER MDPA
830 EXECUTIVE LN STE 120
ROCKLEDGE FL  32955-3595
1932189743   G2 593589384

33. BILLING PROVIDER INFO & PH #  (321) 6392551
BRIAN S ZIEGLER MDPA
830 EXECUTIVE LANE STE 120
ROCKLEDGE FL  32955-3595
1003084351   G2ME0073105

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE

CARRIER / PATIENT AND INSURED INFORMATION / PHYSICIAN OR SUPPLIER INFORMATION

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**1500**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

RM3051615894

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 3. PATIENT'S BIRTH DATE  SEX F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) 165 Walter Court | 6. PATIENT RELATIONSHIP TO INSURED Self  Spouse  Child  Other | 7. INSURED'S ADDRESS (No., Street) 165 Walter Court |
| CITY Merritt Island  STATE FL | 8. PATIENT STATUS Single  Married [X]  Other | CITY Merritt Island  STATE FL |
| ZIP CODE 32952  TELEPHONE (Include Area Code) | Employed  Full-Time Student  Part-Time Student | ZIP CODE 32952  TELEPHONE (Include Area Code) (407) 453 8167 |

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

b. OTHER INSURED'S DATE OF BIRTH  SEX
02 22 1952  M  F [X]

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous)  YES  NO [X]
b. AUTO ACCIDENT?  YES  NO [X]  PLACE (State) FL
c. OTHER ACCIDENT?  YES  NO [X]
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  SEX
02 22 1952  M  F [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 09 04 16

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S138XXD
2. S161XXD
3. M9901
4. M542

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | G0283  59 | 123 | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | G0283  59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | 97010  59 | 123 | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | 97010  59 | 7I8J | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | 98941 | 12K | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 10 14 16 10 14 16 | 11 | | 98943  51 | 7 | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592901340  [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. BALANCE DUE $180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  10/17/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

**HEALTH INSURANCE CLAIM FORM** 615894

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | |
|---|---|---|
| **1. MEDICARE** ☐ (Medicare #) **MEDICAID** ☐ (Medicaid #) **TRICARE CHAMPUS** ☐ (Sponsor's SSN) **CHAMPVA** ☐ (Member ID#) **GROUP HEALTH PLAN** ☐ (SSN or ID) **FECA BLK LUNG** ☐ (SSN) **OTHER** ☒ (ID) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 034315472 | |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Hestad, Cary

**3. PATIENT'S BIRTH DATE** MM | DD | YY
**SEX** M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Hestad, Cary

**5. PATIENT'S ADDRESS** (No., Street)
165 Walter Court

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
165 Walter Court

**CITY** Merritt Island  **STATE** FL

**8. PATIENT STATUS**
Single ☐ Married ☒ Other ☐

**CITY** Merritt Island  **STATE** FL

**ZIP CODE** 32952  **TELEPHONE** (Include Area Code) ███████ 57

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**ZIP CODE** 32952  **TELEPHONE** (Include Area Code) (407) 453 8167

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
Hestad, Cary

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

**a. EMPLOYMENT?** (Current or Previous)
☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM | DD | YY 02 | 22 | 1952  **SEX** M ☐ F ☒

**b. OTHER INSURED'S DATE OF BIRTH** MM | DD | YY 02 | 22 | 1952  **SEX** M ☐ F ☒

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  **PLACE (State)** FL

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☒ YES ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ☐ ILLNESS (First symptom) OR ☐ INJURY (Accident) OR ☐ PREGNANCY (LMP) MM | DD | YY 09 | 04 | 16

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM | DD | YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM | DD | YY  TO MM | DD | YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM | DD | YY  TO MM | DD | YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES ☒ NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S138XXD
2. S161XXD
3. M9901
4. M542

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | G0283 \| 59 | 123 | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | G0283 \| 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | 97010 \| 59 | 123 | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | 97010 \| 59 | IJK | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | 98941 | 12K | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | CH5729 |
| 10 12 16 | 10 12 16 | 11 | | 98943 \| 51 | 7 | 40.00 | 1 | | NPI | 1548284367 |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒
592901340

**26. PATIENT'S ACCOUNT NO.**
41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES ☐ NO

**28. TOTAL CHARGE**
$180.00

**29. AMOUNT PAID**
$0.00

**30. BALANCE DUE**
$180.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Traven, Robert W
SIGNED  10/17/2016  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

**33. BILLING PROVIDER INFO & PH#** (321) 453 5126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**1500**

## HEALTH INSURANCE CLAIM FORM 161615894

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

↑ ─ CARRIER ─ ↓

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 034315472 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  MM DD YY  SEX  M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY  Merritt Island  STATE  FL

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY  Merritt Island  STATE  FL

ZIP CODE  32952
TELEPHONE (Include Area Code)

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  32952
TELEPHONE (Include Area Code)  (407) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  MM DD YY  02 22 1952  SEX  M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  02 22 1952  SEX  M ☐ F ☒

b. AUTO ACCIDENT?
YES ☒  NO ☐  PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒  NO ☐  If yes, return to add complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY  09 04 16

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. S138XXD          3. M9901
2. S161XXD          4. M542

22. MEDICAID RESUBMISSION  CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | CH5729 |
| 2 | 10 10 16 | 10 10 16 | | | 11 | | G0283 59 | 123 | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 3 | 10 10 16 | 10 10 16 | | | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 4 | 10 10 16 | 10 10 16 | | | 11 | | 97010 59 | 123 | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 5 | 10 10 16 | 10 10 16 | | | 11 | | 97010 59 | IJK | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 6 | 10 10 16 | 10 10 16 | | | 11 | | 98941 | 12K | 70.00 | 1 | | NPI | 1548284367 CH5729 |
| | 10 10 16 | 10 10 16 | | | 11 | | 98943 51 | 7 | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER  592901340  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.  41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $180.00

29. AMOUNT PAID  $0.00

30. BALANCE DUE  $180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Traven, Robert W  DATE  10/17/2016

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**1500**
**HEALTH INSURANCE CLAIM FORM** 51615894
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | Medicaid # | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE MM DD YY     SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island    STATE: FL

8. PATIENT STATUS
Single [ ] Married [X] Other [ ]

CITY: Merritt Island    STATE: FL

ZIP CODE: 32952    TELEPHONE (Include Area Code)

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE: 32952    TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH MM DD YY 02 22 1952    SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY 02 22 1952    SEX M [ ] F [X]

b. AUTO ACCIDENT?
YES [X] NO [ ] PLACE(State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES [ ] NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: MM DD YY 09 04 16  ILLNESS(First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM   TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES [ ] NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line)

1. S138XXD
2. S161XXD
3. M9901
4. M542

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | G0283 | 59 | 123 | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | 97010 | 59 | 123 | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | 97010 | 59 | IJK | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | 98941 | 59 | 12K | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | | | CH5729 |
| 10 05 16 | 10 05 16 | 11 | | 98943 | 51 | 7 | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
592901340   [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES [ ] NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. BALANCE DUE
$180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  10/17/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**1500**
**HEALTH INSURANCE CLAIM FORM** 751615894
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 034315472 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY: Merritt Island  STATE: FL

8. PATIENT STATUS
Single  Married [X]  Other

CITY: Merritt Island  STATE: FL

ZIP CODE: 32952  TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE: 32952  TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  SEX
02 22 1952  M  F [X]

b. OTHER INSURED'S DATE OF BIRTH  SEX
02 22 1952  M  F [X]

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
09 04 16

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S138XXD
2. S161XXD
3. M9901
4. M542

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 10 03 16 10 03 16 | 11 | | G0283 59 | 123 | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 10 03 16 10 03 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 10 03 16 10 03 16 | 11 | | 97010 59 | 123 | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 10 03 16 10 03 16 | 11 | | 97010 59 | IJK | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 10 03 16 10 03 16 | 11 | | 98941 | 12K | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 10 03 16 10 03 16 | 11 | | 98943 51 | 7 | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. BALANCE DUE
$180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 10/17/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

33. BILLING PROVIDER INFO & PH # (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

**1500**
**HEALTH INSURANCE CLAIM FORM** 615894

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX   F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED: Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island   STATE FL

8. PATIENT STATUS   Single   Married X   Other

CITY Merritt Island   STATE FL

ZIP CODE 32952   TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE 32952   TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)   YES   X NO

a. INSURED'S DATE OF BIRTH   MM DD YY   02 22 1952   SEX   M   F X

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   02 22 1952   SEX   M   F X

b. AUTO ACCIDENT?   X YES   NO   PLACE (State) FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM DD YY   09 04 16

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. S138XXD
2. S161XXD
3. M9901
4. M542

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 09 30 16 | 09 30 16 | 11 | | G0283 | 59 | 132 | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 2 09 30 16 | 09 30 16 | 11 | | G0283 | 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3 09 30 16 | 09 30 16 | 11 | | 97010 | 59 | 123 | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 4 09 30 16 | 09 30 16 | 11 | | 97010 | 59 | IJK | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5 09 30 16 | 09 30 16 | 11 | | 98941 | 59 | 12K | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 6 09 30 16 | 09 30 16 | 11 | | 98943 | 51 | 7 | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN X
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   X YES   NO

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. BALANCE DUE $180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED Traven, Robert W   DATE 10/17/2016

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

RM2981646299

# HEALTH INSURANCE CLAIM FORM

RM2981646299

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  MM DD YY    SEX
M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY          STATE
Merritt Island    FL

8. RESERVED FOR NUCC USE

CITY          STATE
Merritt Island    FL

ZIP CODE          TELEPHONE (Include Area Code)
32952

ZIP CODE          TELEPHONE (Include Area Code)
32952          (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY    SEX
02 22 1952    M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [X]  NO [ ]    PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  [ ] NO    If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 04 16    QUAL. 431

15. Other Date  MM DD YY
QUAL. 454    09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY          MM DD YY
FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES [ ]  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E))   ICD Ind. 0

| A. LS138XXD | B. LS161XXD | C. LM9901 | D. LM542 |
|---|---|---|---|
| E. LG44209 | F. LM9902 | G. LM9908 | H. LM546 |
| I. LM9903 | J. LM9904 | K. LS39002D | L. |

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  | CH5729 |
| 2  10 19 16  10 19 16 | 11 |  | G0283  59 | ABC | 25.00 | 1 |  | NPI | 1548284367 CH5729 |
| 3  10 19 16  10 19 16 | 11 |  | G0283  59 | IJK | 25.00 | 1 |  | NPI | 1548284367 CH5729 |
| 4  10 19 16  10 19 16 | 11 |  | 97010  59 | ABC | 10.00 | 1 |  | NPI | 1548284367 CH5729 |
| 5  10 19 16  10 19 16 | 11 |  | 97010  59 | GIHJ | 10.00 | 1 |  | NPI | 1548284367 CH5729 |
| 6  10 19 16  10 19 16 | 11 |  | 98941  59 | ABK | 70.00 | 1 |  | NPI | 1548284367 CH5729 |
| 10 19 16  10 19 16 | 11 |  | 98943  51 | G | 40.00 | 1 |  | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN
592901340    [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  10/20/2016    DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.          b.

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367    b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

# HEALTH INSURANCE CLAIM FORM
RM2981646299

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| 1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 034315472 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary | 3. PATIENT'S BIRTH DATE / SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Hestad, Cary |
| 5. PATIENT'S ADDRESS (No., Street) 165 Walter Court | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 165 Walter Court |
| CITY Merritt Island STATE FL | 8. RESERVED FOR NUCC USE | CITY Merritt Island STATE FL |
| ZIP CODE 32952 TELEPHONE (Include Area Code) | | ZIP CODE 32952 TELEPHONE (Include Area Code) (407) 453 8167 |
| 9. OTHER INSURED'S NAME (Last, First) Hestad, Cary | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER XJJH53392339 | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM DD YY 02:22:1952 SEX M ☐ F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| | |
|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09:04:16 QUAL. 431 | 15. Other Date QUAL. 454 MM DD YY 09:16:16 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0 | 22. RESUBMISSION CODE ORIGINAL REF. NO. |
| A. S138XXD B. S161XXD C. M9901 D. M542 E. G44209 F. M9902 G. M9908 H. M546 I. M9903 J. M9904 K. S39002D L. | 23. PRIOR AUTHORIZATION NUMBER |

| 24.A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | CH5729 |
| 2 10 17 16 10 17 16 | 11 | | G0283 59 | ABC | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 3 10 17 16 10 17 16 | 11 | | G0283 59 | IJK | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4 10 17 16 10 17 16 | 11 | | 97010 59 | ABC | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 5 10 17 16 10 17 16 | 11 | | 97010 59 | GIHJ | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6 10 17 16 10 17 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 10 17 16 10 17 16 | 11 | | 98943 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 592901340 ☒ | 26. PATIENT'S ACCOUNT NO. 41994448 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $180.00 | 29. AMOUNT PAID $0.00 | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED Traven, Robert W DATE 10/20/2016 | 32. SERVICE FACILITY LOCATION INFORMATION Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501 a. b. | 33. BILLING PROVIDER INFO & PH# (321) 453 6126 Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501 a. 1548284367 b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org          APPROVED OMB-0938-1197 FORM 1500 (02-12)



RM2921627231

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

CARRIER

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE MM DD YY | SEX F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island | STATE FL
8. RESERVED FOR NUCC USE
CITY Merritt Island | STATE FL

ZIP CODE 32952 | TELEPHONE (Include Area Code) (
ZIP CODE 32952 | TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
YES X NO

a. INSURED'S DATE OF BIRTH MM DD YY 02 22 1952 | SEX M F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
X YES NO PLACE(State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16 QUAL. 431

15. Other Date QUAL. 454 MM DD YY 09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES X NO | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 09 28 16 | 09 28 16 | 11 | | G0283 | 59 | C | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 09 28 16 | 09 28 16 | 11 | | G0283 | 59 | I | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 09 28 16 | 09 28 16 | 11 | | 97010 | 59 | C | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 09 28 16 | 09 28 16 | 11 | | 97010 | 59 | I | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 09 28 16 | 09 28 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | CH5729 1548284367 |
| 09 28 16 | 09 28 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER SSN EIN
592901340 X

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES NO

28. TOTAL CHARGE
$180.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED Traven, Robert W DATE 09/28/2016

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a. b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367 b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

PHYSICIAN OR SUPPLIER INFORMATION

PATIENT AND INSURED INFORMATION

RM2921627231

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← CARRIER →

| | | | | |
|---|---|---|---|---|
| 1. MEDICARE [Medicare #] | MEDICAID [Medicaid #] | TRICARE [ID#/DoD#] | CHAMPVA [Member ID#] | GROUP HEALTH PLAN [ID#] | FECA BLK LUNG [ID#] | OTHER [X] [ID#] |

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE ▓▓▓ SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island   STATE FL

8. RESERVED FOR NUCC USE

CITY Merritt Island   STATE FL

ZIP CODE 32952
TELEPHONE (Include Area Code)

ZIP CODE 32952
TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM 02 DD 22 YY 1952   SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES [ ] NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES [ ] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16   QUAL. 431

15. Other Date MM 09 DD 16 YY 16   QUAL. 454

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | CH5729 |
| 2  09 26 16  09 26 16 | 11 | | G0283  59 | C | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 3  09 26 16  09 26 16 | 11 | | G0283  59 | I | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 4  09 26 16  09 26 16 | 11 | | 97010  59 | C | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 5  09 26 16  09 26 16 | 11 | | 97010  59 | I | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 6  09 26 16  09 26 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 CH5729 |
|    09 26 16  09 26 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $180.00

29. AMOUNT PAID $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 09/28/2016   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM2921627231

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | |
|---|---|
| **1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER** (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 034315472 |
| **2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **3. PATIENT'S BIRTH DATE** MM DD YY  **SEX** M [ ] F [X] | **4. INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary |
| **5. PATIENT'S ADDRESS** (No., Street) 165 Walter Court | **6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse [ ] Child [ ] Other [ ] | **7. INSURED'S ADDRESS** (No., Street) 165 Walter Court |
| **CITY** Merritt Island **STATE** FL | **8. RESERVED FOR NUCC USE** | **CITY** Merritt Island **STATE** FL |
| **ZIP CODE** 32952 **TELEPHONE** (Include Area Code) | | **ZIP CODE** 32952 **TELEPHONE** (Include Area Code) (407) 453 8167 |
| **9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial) Hestad, Cary | **10. IS PATIENT'S CONDITION RELATED TO:** | **11. INSURED'S POLICY GROUP OR FECA NUMBER** |
| **a. OTHER INSURED'S POLICY OR GROUP NUMBER** XJJH53392339 | **a. EMPLOYMENT?** (Current or Previous) YES [ ] NO [X] | **a. INSURED'S DATE OF BIRTH** MM DD YY 02 22 1952 **SEX** M [ ] F [X] |
| **b. RESERVED FOR NUCC USE** | **b. AUTO ACCIDENT?** YES [X] NO [ ] **PLACE** (State) FL | **b. OTHER CLAIM ID** (Designated by NUCC) |
| **c. RESERVED FOR NUCC USE** | **c. OTHER ACCIDENT?** YES [ ] NO [X] | **c. INSURANCE PLAN NAME OR PROGRAM NAME** |
| **d. INSURANCE PLAN NAME OR PROGRAM NAME** | **10d. CLAIM CODES** (Designated by NUCC) | **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [X] NO [ ] If yes, complete items 9, 9a and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

| | | |
|---|---|---|
| **14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY** (LMP) 09 04 16 QUAL. 431 | **15. Other Date** MM DD YY QUAL. 454 09 16 16 | **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  MM DD YY FROM  TO |
| **17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a. 17b. NPI | | **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  MM DD YY FROM  TO |
| **19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC) | | **20. OUTSIDE LAB?** YES [ ] NO [X]  **$ CHARGES** |
| **21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate A-L to service line below (24E)) ICD Ind. 0 A. S138XXD  B. S161XXD  C. M9901  D. M542 E. G44209  F. M9902  G. M9908  H. M546 I. M9903  J. M9904  K. S39002D  L. | | **22. RESUBMISSION CODE  ORIGINAL REF. NO.** |
| | | **23. PRIOR AUTHORIZATION NUMBER** |

| 24.A. DATE(S) OF SERVICE From To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | CH5729 |
| 2  09 23 16  09 23 16 | 11 | | G0283  59 | C | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 3  09 23 16  09 23 16 | 11 | | G0283  59 | I | 25.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 4  09 23 16  09 23 16 | 11 | | 97010  59 | C | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 5  09 23 16  09 23 16 | 11 | | 97010  59 | I | 10.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 6  09 23 16  09 23 16 | 11 | | 98941 | ABK | 70.00 | 1 | | NPI | 1548284367 |
| | | | | | | | | | CH5729 |
| 09 23 16  09 23 16 | 11 | | 98943  51 | G | 40.00 | 1 | | NPI | 1548284367 |

| | | | |
|---|---|---|---|
| **25. FEDERAL TAX I.D. NUMBER** SSN EIN [X] 592901340 | **26. PATIENT'S ACCOUNT NO.** 41994448 | **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ] | **28. TOTAL CHARGE** $180.00  **29. AMOUNT PAID** $0.00  **30. Rsvd for NUCC use** |
| **31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Traven, Robert W SIGNED 09/28/2016  DATE | **32. SERVICE FACILITY LOCATION INFORMATION** Robert Traven DC 950 N Courtenay Pkwy Merritt Island, FL 32953-4501 a. b. | | **33. BILLING PROVIDER INFO & PH#** (321) 453 6126 Robert Traven DC 950 N COURTENAY PKWY MERRITT ISLAND, FL 32953-4501 a. 1548284367  b. |

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM2921627231

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← CARRIER →

| | |
|---|---|
| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#) | 1a. INSURED'S I D. NUMBER   (For Program in Item 1)  034315472 |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Hestad, Cary

**3. PATIENT'S BIRTH DATE**    SEX F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Hestad, Cary

**5. PATIENT'S ADDRESS** (No., Street)
165 Walter Court

CITY Merritt Island    STATE FL

ZIP CODE 32952    TELEPHONE (Include Area Code)

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
165 Walter Court

CITY Merritt Island    STATE FL

ZIP CODE 32952    TELEPHONE (Include Area Code) (407) 453 8167

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME** (Last)
Hestad, Cary

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
XJJH53392339

**b. RESERVED FOR NUCC USE**

**c. RESERVED FOR NUCC USE**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10. IS PATIENT'S CONDITION RELATED TO:**

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) FL

c. OTHER ACCIDENT? ☐ YES ☒ NO

**10d. CLAIM CODES** (Designated by NUCC)

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

a. INSURED'S DATE OF BIRTH MM DD YY 02 22 1952   SEX M ☐ F ☒

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO   If yes, complete items 9, 9a and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY** (LMP) 09 04 16   QUAL. 431

**15. Other Date** QUAL. 454   MM DD YY 09 16 16

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD   B. S161XXD   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002D   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2   09 19 16 | 09 19 16 | 11 | | 72040 | GY | C | 74.00 | 1 | | NPI | CH5729 1548284367 |
| 3   09 19 16 | 09 19 16 | 11 | | 72100 | | I | 75.00 | 1 | | NPI | CH5729 1548284367 |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**   SSN ☐ EIN ☒
592901340

**26. PATIENT'S ACCOUNT NO.**
41994448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $329.00

**29. AMOUNT PAID** $0.00

**30. Rsvd for NUCC use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 09/28/2016   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.   b.

**33. BILLING PROVIDER INFO & PH#** (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION   PHYSICIAN OR SUPPLIER INFORMATION



RM2921627233

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE   SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island   STATE FL

CITY Merritt Island   STATE FL

ZIP CODE 32952   TELEPHONE (Include Area Code)

ZIP CODE 32952   TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)  [ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM 02 DD 22 YY 1952   SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  [X] YES  [ ] NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  [ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [X] YES  [ ] NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described above.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16   QUAL. 431

15. Other Date  MM 09 DD 16 YY 16   QUAL. 454

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  [ ] YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S138XXA   B. S161XXA   C. M9901   D. M542
E. G44209   F. M9902   G. M9908   H. M546
I. M9903   J. M9904   K. S39002A   L.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |  |  |  |
| 2  09 16 16 | 09 16 16 | 11 | | 99203 | 25 | ABCD | 200.00 | 1 | | NPI | CH5729 1548284367 |
| 3  09 16 16 | 09 16 16 | 11 | | G0283 | 59 | C | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 4  09 16 16 | 09 16 16 | 11 | | G0283 | 59 | I | 25.00 | 1 | | NPI | CH5729 1548284367 |
| 5  09 16 16 | 09 16 16 | 11 | | 97010 | 59 | C | 10.00 | 1 | | NPI | CH5729 1548284367 |
| 6  09 16 16 | 09 16 16 | 11 | | 97010 | 59 | I | 10.00 | 1 | | NPI | CH5729 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO

28. TOTAL CHARGE
$270.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  09/28/2016   DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501

a. 1548284367   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM2921627232

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

← CARRIER →

| | |
|---|---|
| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1) |
| (Medicare #)  (Medicaid #)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  [X] (ID#) | 034315472 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE  SEX
M  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY  Merritt Island  STATE  FL

8. RESERVED FOR NUCC USE

CITY  Merritt Island  STATE  FL

ZIP CODE  32952  TELEPHONE (Include Area Code)

ZIP CODE  32952  TELEPHONE (Include Area Code)  (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
 YES  [X] NO

a. INSURED'S DATE OF BIRTH  SEX
02:22:1952  M  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)
[X] YES  NO  FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
 YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 04 16  QUAL. 431

15. Other Date  QUAL. 454  09 16 16

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

22. RESUBMISSION CODE  ORIGINAL REF. NO.

A. LS138XXD  B. LS161XXD  C. LM9901  D. LM542
E. LG44209  F. LM9902  G. LM9908  H. LM546
I. LM9903  J. LM9904  K. LS39002D  L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2  09 21 16 | 09 21 16 | 11 | | G0283 | 59 | C | 25.00 | 1 | | NPI | 1548284367 / CH5729 |
| 3  09 21 16 | 09 21 16 | 11 | | G0283 | 59 | I | 25.00 | 1 | | NPI | 1548284367 / CH5729 |
| 4  09 21 16 | 09 21 16 | 11 | | 97010 | 59 | C | 10.00 | 1 | | NPI | 1548284367 / CH5729 |
| 5  09 21 16 | 09 21 16 | 11 | | 97010 | 59 | I | 10.00 | 1 | | NPI | 1548284367 / CH5729 |
| 6  09 21 16 | 09 21 16 | 11 | | 98941 | | ABK | 70.00 | 1 | | NPI | 1548284367 / CH5729 |
|    09 21 16 | 09 21 16 | 11 | | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
592901340  [X]

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  NO

28. TOTAL CHARGE  $180.00

29. AMOUNT PAID  $0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED  09/28/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501

33. BILLING PROVIDER INFO & PH#  (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-1197 FORM 1500 (02-12)

← PATIENT AND INSURED INFORMATION →  ← PHYSICIAN OR SUPPLIER INFORMATION →

RM2921627232

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Liberty Mutual Insurance

P. O. Box 1052
Montgomeryville, PA 18936

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | Medicaid # | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) |

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
034315472

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

3. PATIENT'S BIRTH DATE MM DD YY    SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Hestad, Cary

5. PATIENT'S ADDRESS (No., Street)
165 Walter Court

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
165 Walter Court

CITY Merritt Island    STATE FL

8. RESERVED FOR NUCC USE

CITY Merritt Island    STATE FL

ZIP CODE 32952    TELEPHONE (Include Area Code)

ZIP CODE 32952    TELEPHONE (Include Area Code) (407) 453 8167

9. OTHER INSURED'S NAME (Last, First, Middle Initial)
Hestad, Cary

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
XJJH53392339

a. EMPLOYMENT? (Current or Previous)
[ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY 02 22 1952    SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[X] YES [ ] NO    PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES [ ] NO    If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 09 04 16  QUAL. 431

15. Other Date MM DD YY 09 16 16  QUAL. 454

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  [ ] YES [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E)) ICD Ind. 0

A. S138XXD  B. S161XXD  C. M9901  D. M542
E. G44209  F. M9902  G. M9908  H. M546
I. M9903  J. M9904  K. S39002D  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | CH5729 |
| 2 | 09 19 16 | 09 19 16 | 11 | G0283 | 59 | C | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 3 | 09 19 16 | 09 19 16 | 11 | G0283 | 59 | I | 25.00 | 1 | | NPI | 1548284367 CH5729 |
| 4 | 09 19 16 | 09 19 16 | 11 | 97010 | 59 | C | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 5 | 09 19 16 | 09 19 16 | 11 | 97010 | 59 | I | 10.00 | 1 | | NPI | 1548284367 CH5729 |
| 6 | 09 19 16 | 09 19 16 | 11 | 98941 | | CIJ | 70.00 | 1 | | NPI | 1548284367 CH5729 |
| | 09 19 16 | 09 19 16 | 11 | 98943 | 51 | G | 40.00 | 1 | | NPI | 1548284367 |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
592901340

26. PATIENT'S ACCOUNT NO.
41994448

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES [ ] NO

28. TOTAL CHARGE
$329.00

29. AMOUNT PAID
$0.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Traven, Robert W
SIGNED 09/28/2016  DATE

32. SERVICE FACILITY LOCATION INFORMATION
Robert Traven DC
950 N Courtenay Pkwy
Merritt Island, FL 32953-4501
a.  b.

33. BILLING PROVIDER INFO & PH# (321) 453 6126
Robert Traven DC
950 N COURTENAY PKWY
MERRITT ISLAND, FL 32953-4501
a. 1548284367  b.

APPROVED OMB-0938-1197 FORM 1500 (02-12)

RM2771643944

| 1500 |

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CLAIM # 034315472**

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☒ (ID#) | 29944961 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
HESTAD, CARY

**3. PATIENT'S BIRTH DATE    SEX**
MM ┊ DD ┊ YY    ☐ M   ☒ F

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
HESTAD, CARY

**5. PATIENT'S ADDRESS (No., Street)**
165 WALTER CT

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**
165 WALTER CT

| CITY MERRITT ISLAND | STATE FL | | 8. RESERVED FOR NUCC USE | | CITY MERRITT ISLAND | STATE FL |
|---|---|---|---|---|---|---|

| ZIP CODE 32952-2635 | TELEPHONE (Include Area Code) | | | ZIP CODE 32952-2635 | TELEPHONE (Include Area Code) ( )- |

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH    SEX**
MM ┊ DD ┊ YY    M ☐  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  PLACE (State)
☒ YES  ☐ NO  FL

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
☐ YES  ☐ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ Yes  ☐ No   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATED  09/26'16

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM 9 DD 4 YY 2016  QUAL. 431 | 15. OTHER DATE  QUAL. 439  MM 9 DD 4 YY 2016 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM    TO  MM DD YY |
|---|---|---|

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
KOLODCHAK MD,JENNIFER
17a.  LME107844
17b. NPI  1942276985

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
MM DD YY  FROM    TO  MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  $ CHARGES
☐ Yes  ☐ No

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L service line below (24E).  ICD Ind. | 0

| A S39.012A | B V43.52XA | C M54.5 | D |
| E | F | G | H |
| I | J | K | L |

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| | 24. A. DATE(S) OF SERVICE From — To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MM | DD | YY | MM | DD | YY | | | | | | | | | |
| 1 | 9 | 4 | 16 | 9 | 4 | 16 | 23 | Y | 99284 | A | 1429 ┊ 00 | 1 | | NPI | 1942276985 |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN  EIN 27-0083277  ☐ ☒ | 26. PATIENT'S ACCOUNT NO. 3300027 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES  ☐ NO | 28. TOTAL CHARGE $1429 ┊ 00 | 29. AMOUNT PAID $0 ┊ 00 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
KOLODCHAK MD,JENNIFER
SIGNED  SIGNATURE ON FILE    DATE 09/26/16

**32. SERVICE FACILITY LOCATION INFORMATION**
WUESTHOFF MED CTR ROCKLEDGE
110 LONGWOOD AVE
ROCKLEDGE, FL-329552828
a. 1619962917   b.

**33. BILLING PROVIDER INFO & PH # ( )**
Equian, LLC.
P.O. BOX 32710
Louisville, KY 40232-2710.
a.   b.

* This is not an actual Form CMS-1500, but is a reasonable facsimile thereof created for informational purposes only.

EQUIAN

FEDERAL TAX ID: 27-0083277
TELEPHONE NUMBER: (800) 455-4292
PAGE 1 OF 1

## CONSOLIDATED STATEMENT OF CHARGES

| | |
|---|---|
| PATIENT'S NAME: | CARY HESTAD |
| MEDICAL GROUP: | ROCKLEDGE EMERGENCY GROUP LLC |
| DATE OF INJURY: | 9/4/2016 |
| SERVICE PERIOD: | 9/4/2016-9/4/2016 |
| EVENT NUMBER: | **PMR** 3300027-3299517 |

Instructions:

- Write the patient's name, **CARY HESTAD**, and event number, **PMR 3300027-3299517**, on the check.

| Treatment Facility | Diagnosis Code | Claim Number | |
|---|---|---|---|
| Date of Service | Procedure Code | Procedure Description | Charges |
| WUESTHOFF MED CTR R | S39.012A STRAIN OF MUS | 06X34859866 | |
| 9/4/2016 | 99284 | EMERGENCY DEPT V | $1429.00 |

| Total Charges | $1,429.00 | Amount Received | $0.00 | Balance Due | $1,429.00 |
|---|---|---|---|---|---|