**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARY HESTAD,**

      **Plaintiff,**

**v.**                                                              Case No: 6:20-cv-118-GAP-EJK

**LIBERTY MUTUAL,**

      **Defendant.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Dismissal (Doc. 16), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 5, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties